UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| GETIR US, INC., <br><br> and <br><br> GETIR PERAKENDE LOJISTIK A.S., <br><br> Plaintiffs, <br> v. <br><br> JOHN DOE <br><br> and <br><br> getir190.com, a domain name, <br><br> Defendants. | Civil Action No. 1:21-cv-1237 |

**DECLARATION OF DAVID KING**

I, David King, am over the age of 18 and competent to testify to the matters below:

I.   **BACKGROUND, QUALIFICATIONS & BIOGRAPHY**

1. I am the founder and Chief Executive Officer of Digitalis Media Ltd, a specialist firm whose technology and analysis are used by corporations and governments to track, analyze and mitigate the impact of harmful content online.

2. I am a recognized authority in IT, cyber risk, and online reputation, and I often advise the boards of global organizations and political institutions on reputational attacks, digital integration, and cyber risk.

3. I am the co-author of Online Publication Claims, the de facto solicitor's handbook in the UK on the subject of claims for harmful content published on the Internet.

1

4. I have advised and we have worked for the British Government in relation to matters including content online harmful to children, the promotional activities of extreme groups and their sympathizers online, and State-sponsored disinformation campaigns.

5. I have briefed key personnel in the Pentagon, White House Executive Office, and State Department on matters related to counter extremism initiatives online.

6. I have served as an expert witness in a case involving Google and as a witness of technical fact.

7. I hold a law degree from Coventry University (LLB).

8. A true and correct copy of my curriculum vitae is attached as **Exhibit 1**.

## II.  THE ATTACK CAMPAIGN WHICH IS THE SUBJECT OF THIS CASE

9. Digitalis was retained to assist in evaluating the activities occurring in connection with a website identified at www.Getir190.com ("Getir190" and "Getir190.com").

10. It is my opinion, as set forth in more detail below, that the approach taken by the entity or entities behind and/or creator (collectively referred to as creator(s)) of Getir190.com — not only in respect of the site itself but also in respect of the use of multiple social media platforms, video sharing sites, robotic accounts and technical Search Engine Optimization (SEO) —shows the hallmarks of a sophisticated attack campaign designed to impact the business success, reputation, and goodwill of Getir, conducted by an individual or multiple individuals using methodologically sophisticated techniques.

11. I have evaluated orchestrated reputational or defamation campaigns in the past and increasingly see the same or similar exploitative methodologies being deployed by commercial or political actors who cloak their activities through the veil of online anonymity.

12. The results of my research indicate that this campaign is resourced with a breadth of technical expertise and that the activity of its creator(s) even within the past 24 hours is

2

intensive, dedicated, and likely to create significant negative impacts on Getir, its business and its reputation if not abated immediately.

### III. THE WEBSITE

13. In this case, I have been able to ascertain that the domain www.getir190.com (Getir190) was registered through a domain name registrar in Burlington, Massachusetts on or between October 15, 2021 and October 17, 2021. *See* **Exhibit 2** (screenshots of TheSiteRank and allthecom, which are publicly available sources that reflect website creation dates and details from the domain name registrar).

14. Getir190 was registered through a domain name registrar, where the registrant then used a related service to cloak registration details behind a privacy shield. *See* **Exhibit 3** (screenshot from WhoIs lookup showing that the "Registrant Name" is "DOMAIN PRIVACY SERVICE FBO REGISTRANT.")

15. This is at odds with the transparent registration process typically used by corporations in the normal manner of business, the details ordinarily submitted through which allow third parties to identify the owner of a website and which would ordinarily provide points of contact for each of general enquiries and technical matters relating to a website. As a result of the anonymity, I have been unable, despite diligence, to ascertain the true identity or contact details of the registrant. Nevertheless, having failed to identify the ultimate operator of Getir190 through the usual public records and having only identified therethrough the organisations used to register the domain name, host the web site and provide an anonymous registration service, my team has additionally made efforts to contact the web site operator through a button on Getir190.com which purports to allow contact to be made. However, this section of the web site in fact malfunctions and fails to allow message delivery. We continue to pursue an active

3

investigation with a view to identifying the perpetrators of this co-ordinated activity, though it is clear to me that every effort has been made to conceal their identity/identities.

16.     Getir190 provides click-through links for social media platforms, which allow visitors to promote its content via the sharing function of users' accounts on those platforms. Getir190 specifically provides for the rapid sharing of content on Facebook, Telegram, WhatsApp, and Twitter, which are some of the largest social media platforms.

## IV.   ARTIFICIAL SEARCH ENGINE OPTIMIZATION AND PROMOTION

17.     Search Engine Optimization (SEO) practitioners use various techniques to enhance the ranking of a target website in search engines such as Google and Bing. One such technique is the acquisition or integration of clickable links on third party websites, which links direct users into the target website (i.e., Getir190 in this instance) . Such links are referred to as back links. Search engines use technical means, including the use of spiders (an automated software script designed to robotically trawl the Internet, ingesting or analysing the content of each and every web page and using links on individual pages to other pages in order to find further, new pages to analyse), to identify these back links when crawling the Internet as part of their indexing functions. The perceived relevance (and thus ranking) of a website by the algorithms of these search engines is impacted by the volume and quality of these links. In other words, if people are linking to a particular website, search engines consider that site to be more relevant in the given context than other potentially similar websites. My team performed a web-wide trawl (essentially analogous to the efforts of a search engine spider, defined above, and designed to automatically ingest any and all relevant content that might exist anywhere on the publicly-available, indexed Internet) on 5 November 2021 and identified no links into Getir190, suggesting no search engine optimization activity of the site at that point in time. The same

4

analysis two days later (7 November 2021) identified 223 individual backlinks from third party websites linking into Getir190.

18.    I have no doubt whatsoever that the creation of this number and this type of links in this short amount of time constitutes a deliberate attempt to artificially promote the site in search engine rankings with a view to enhancing its audience. The following reasons each support this assertion: all 223 links exist on a total of only 5 individual domains, which is a highly unnatural distribution of links and it is inconceivable that this is the result of normal human behaviour online; the websites on which the links now feature are not sites on which a link into a site like Getir190 would naturally be placed by a genuine user and much of the text surrounding the links themselves is repetitive, out of context with the content elsewhere on the relevant page and the structure and content of the links is sufficiently similar to suggest with little doubt that their publication is the action of a single entity and or computer program designed to effect the same.   To further illustrate this point, a number of the links created in the last 48 hours have been published on blog websites on the Blogspot platform where the blogs in question exist only to amplify third party website rankings on leading search engines and not to provide any other service, informational or otherwise, to a genuine Internet user. Many are nonsensical; others relate to irrelevant themes including home security ideas, home decoration and even how to rank a site on Google. In my experience, legitimate back links are from sites that have a substantive connection to the topics that are related to the purpose or theme of the websites they link into. None of that was found in this instance. Rather, this activity is almost certainly automated and is referred to as a "spam" technique, used typically to promote a website artificially and, accordingly, breaching the terms of use for all major search engines.

## V.  VIDEO SHARING PLATFORMS USED

19.     The content on Getir190 included the ability to play an embedded video which was hosted on the YouTube platform. I understand this video was removed by YouTube due to trademark infringement and the account thereon terminated for the same reason. A screenshot of the original YouTube video as seen in the Getir190 website is attached as **Exhibit 4**.

20.     Within two hours of the removal of the above referenced video from YouTube the same video was published to the servers of Vimeo, an analogous platform, a link to which was then embedded into Getir190. A screenshot of the current Vimeo video is attached as **Exhibit 5.** The video content itself contains a QR Code that allows viewers to simply hold their mobile phone over the code and be directed to the website getir190.com in order to drive visitors to this attack website. This clearly demonstrates to me both a concerted effort and sufficient resources to maintain the presence of Getir190's attack content and to respond rapidly to threats against the campaign.

21.     The relevant user accounts on YouTube and Vimeo were created anonymously and do not appear to serve or have served any purpose other than to provide (anonymously) content from and into Getir190. I note that the creator(s) behind this concerted attack has/have thus far refused to provide proper identification of themselves in at least three specific instances: 1) anonymously registering the web address getir190.com by using a masking service and failing to provide registrant details for publication in the domain registry; 2) the use of unnatural Twitter handles with no link to real human identities, to promote the offending content in an inauthentic manner; and, 3) the use of a Facebook blog page that purports to be the blog of a real person when in reality its use is entirely dedicated to the promotion of unrelated campaigns and the account bears nothing that links to a real person.

22. As a further indication of an attack campaign, we determined that a second YouTube account ("SiPopit"), republished the video on 6 November 2021. SiPopit posted no videos for 9 years before posting the Getir190 content—indicating use consistent with an attack campaign and not authentic user engagement.

## VI. HASHTAG CAMPAIGN USED

23. A hashtag, being a single word or words without spacing following the "#" symbol, facilitates the searching and filtering of content relating to a single theme. Ordinarily a hashtag might be created to reference a well-known theme or for the purposes of a marketing campaign with a view to creating a searchable catchphrase to allow users to post and find information on a single theme. These hashtags are also designed to allow users to amplify that particular theme to garner further attention for the theme in question. It is not normal practice for a hashtag to be created in the absence of a broadly recognized theme or a planned campaign to create a broadly recognized catchphrase. Getir190 presents a hashtag of the same name (#getir190), which from my experience indicates the preparation of a marketing or attack campaign on Twitter and other platforms. The hashtag "#getir190" is used on Getir190 and is also seen in the Vimeo video in an apparent effort to prepare for some type of attack campaign.

## VII. TWITTER ACTIVITY

24. We have determined that the hashtag "#getir190" has subsequently been used on Twitter by a single user, which we have identified as being an inauthentic and likely a robotic account. Attached as **Exhibit 6** is the relevant Tweet from this Twitter user. This account has a history of two unrelated tweets. This is indicative of inauthentic activity.

25. The Twitter handle (being a user account) which was used to first publish the hashtag "#getir190", is @stermswebster, who posted the same at 06:03 London time on 7 November 2021. This account joined Twitter in February 2014 and between then and June 2014

7

was used to retweet various campaigns, before ceasing activity until November 2021 when it resumed posting random campaigns. In my opinion, this conduct is indicative of a Twitter handle being used as part of an attack campaign because the account has zero followers and as such, there is no value in it posting the content other than to create the seed of a subsequent campaign of retweeting the same.

26. Despite the lack of followers (and thus no natural audience for its content), the relevant Tweet has been retweeted by a second account which I believe to be inauthentic and/or robotically automated. The user account @josephineleery has only posted two Tweets, one of which is the retweet referenced above. There is no evidence of an authentic user behind this Twitter handle and no real interaction with any other content. This technique of using inauthentic accounts to promote various marketing campaigns over time is used to avoid detection by Twitter algorithms that are trained to detect inauthentic behavior. Attached as **Exhibit 7** is the relevant Tweet from this Twitter user.

## VIII. FACEBOOK ACTIVITY

27. The Facebook page "Germany friends" (https://www.facebook.com/Germany-friends-102118428861300/) shared a single post containing the address of getir190.com at 03:07 on 6 November 2021. The account purports to represent the personal blog of a woman, but it shows no signs of normal human activity, instead posting unrelated third-party content such as links to crypto currency deals and online gaming websites.

## IX. IDENTIFIED SUPPORTING OFFLINE ACTIVITY

28. Additionally, I am aware of substantial offline activity seeking to promote Getir190. This offline activity, which includes a campaign of physically posting signs (that contain screenshots of the website and link directly to the site via QR code), coupled and timed with the creation and release of Getir190.com, repeated YouTube videos, Vimeo videos,

8

anonymity, and inauthentic social media users, strongly indicates a sophisticated attack campaign designed to impact the business success of Getir and conducted by an individual or multiple individuals working in concert and using sophisticated, co-ordinated techniques across multiple communications channels.

X. **CONCLUSION**

29. Although the website itself does not appear sophisticated, the use of individual and distinct specialisms in video production, social media integration, search engine optimization and the level of coordination with content across multiple platforms and channels (both on- and offline), coupled with immediate, effective responses to content removal and offline activities in the real world, is sophisticated, and demonstrates a well-resourced campaign that is developing very quickly in terms of its effect. In my opinion, this is a coordinated, anonymous, defamation attack campaign designed only to cause harm and to maximise the same. If allowed to continue in its current form its effect will scale rapidly upward and be highly difficult, if at all possible, to mitigate. The best chance to mitigate is for the site to be removed immediately and, given the coordinated efforts as described above, to prevent further publication and/or promotion of the same content currently being distributed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of November 2021 in Palma de Mallorca, Spain.

David King