# EXHIBIT 1

# Dave King

CEO at Digitalis
London Area, United Kingdom

## Contact

dave.king@digitalisreputation.co.uk

www.linkedin.com/in/davejking (LinkedIn)
www.linkedin.com/company/digitalis-reputation (Other)
digitalisreputation.co.uk/ (Other)
en.wikipedia.org/wiki/Dave.King_(entrepreneur) (Other)

## Top Skills

Online Reputation Management
Digital Marketing
Digital Media

## Languages

Spanish

## Publications

'Right to be Forgotten' Judgment against Google, One Year On
Real threats start with humans, not technology
Virtual Death Trap
Proving Serious Harm in Libel, Harassment & Privacy Applications
Cyber Risk Misunderstood

## Summary

Listed in The Evening Standard's Most Influential 1000, Dave is a globally-respected advisor to listed entities, high-profile families and governments on online reputation, cyber and security threats which emanate online. Dave's hypotheses on online radicalisation were behind unprecedented research with the Tony Blair Institute for Global Change which has redefined best practice in the world of countering online propaganda.

Digitalis boasts proprietary technology which is used by the major advisory firms in managing risk for clients and its proprietary technology is used to manage, monitor and protect online reputation as well as to provide technical remedy in crisis. Dave co-authored the first legal academic book on online publication claims with Matrix Chambers, 'Online Publication Claims: A Practical Guide'.

Dave's key focus in Digitalis is the representation of high-profile FTSE, Fortune, UHNW, celebrity and political personalities and brands in protecting their reputations online.

Dave King comments for the media on online reputational risk, the "front end" of cyber and countering fake news and propaganda. Recent interviews include those by Radio 4 on online privacy, by BBC and the FT on the WannaCry ransomware attack, on cyber vulnerabilities and on the European judgment against Google.

A well-regarded authority in cyber risk and online reputation, Dave has built and exited two tech firms and advised major groups on digital strategy and acquisitions.

Non-exec and interim roles have included associate director, chairman, CEO and MD positions including those at Manumission, Ministry of Sound, Virtue Tornado plc, Evryx Inc, SnapNow and FRUKT Music.

## Experience

Concordia
Advisor
March 2018 - Present (3 years 9 months)
Advisor to the Innovative Technology & Sustainable Infrastructure Programming Pipeline

Digitalis
CEO
March 2009 - Present (12 years 9 months)
Mayfair, London

2017 sees Digitalis grow significantly, expand its advisory and senior team and deploy its proprietary technology in new areas (including assisting governments in refocusing the approach to global challenges including online radicalisation). Dave is listed again in Spears 500 and Spears Reputation Index as well as the Evening Standard's Progress 1000.

Joshua / G2 London (WPP)
Acting Director of Digital
July 2008 - June 2009 (1 year)

Altogether Digital Ltd (now WCRS & Co, The Engine Group)
4 years

CEO
June 2007 - March 2008 (10 months)
CEO of integrated full service digital agency Altogether Digital, part of the Engine Group.

MD
April 2004 - June 2007 (3 years 3 months)

Verina SL T/A Manumission Ibiza and Manumission Ventures Ltd
Non-Executive Director / Chair
December 2004 - July 2006 (1 year 8 months)

Hypnosis Media
Managing Director
April 1998 - March 2002 (4 years)

Fast Forward
Managing Director
January 1997 - March 1998 (1 year 3 months)

Student Pages Group
National Sales Manager
October 1996 - December 1997 (1 year 3 months)

---

## Education

Coventry University
LLB (Hons) Business Law, Business Law · (1992 - 1995)

St Edward's College
 · (1985 - 1992)