# **EXHIBIT 2**



Home / Domain List / List of newly registered domains for date **17 October 2021**

**Total count of domain names registered on 17 October 2021:** 140904

First  47  48  **49**  50  51  52  53  Last

| | | |
|---|---|---|
| geminicruisegroup.com | geminiespresso.com | geminiflow.com |
| gemkas.com | gemmaflaming.com | gemmaorourke.com |
| gemmasummers.com | gemmbi.com | gemsandgems.com |
| gemsoftritam.com | gemspoke.com | gemstoneandbead.com |
| gemtz.com | gemzeybl.com | gen-agile.network |
| genamoore.site | genasmir.com | genawuadvocare.com |
| genbits-mail.com | genchan.xyz | gendamerienationale.com |
| gene2know.com | genealogylookup.com | genebowmancreations.com |
| genefrazier.com | genegtax.xyz | geneorg.com |
| general-leather.com | generalauditing.com | generalawninqs.com |
| generalcocao.com | generalcontractor-home-improvement.com | generalcontractorhornell.com |
| generalfriocar.com | generalmovinghk.com | generalstoreandmore.net |
| generaltradetr.com | generaperfumefrance.com | generas-usp.com |
| generateclicks.net | generatemorewealth.com | generatertaio.rest |
| generatethefestival.com | generation-mentors.fr | generationaftergeneration.com |
| generationalbiz.com | generationalbranding.com | generationofheaven.com |
| generationrmagasin.com | generationz.theater | generativenation.com |
| generatorgold.net | generatorrepairnearme.com | generatorsct.com |

| | | |
|---|---|---|
| getelg.com | getemail.tech | getepicfood.com |
| geterockin.com | geteurolife.com | getfit-goldmedalpersonaltraining.com |
| getfitcalgary.com | getfloodinsurancenow.com | getfreehosting.xyz |
| getfromamerica.com | getfunds4life.com | getfunnelsupport.com |
| getgames.bid | getgames.biz | getgargoylesnft.com |
| getgate.host | getgood.net | getguap.net |
| gethabitapp.com | gethairshare.com | gethealthy4g.com |
| gethinbushklbmu.com | gethunny.com | gethyperair.com |
| getideasnow.com | getinstragamhack.com | getinsurancecareer.com |
| getir190.com | getitallrighthere.com | getiteasy.site |
| getitgirlboss.com | getitoday.com | getiuskfhisurfvotelg.xyz |
| getjaxxed.com | getjcreations.com | getkandle.com |
| getkartrij.com | getketogenicdiet.com | getknoxedup.com |
| getlallorburn.com | getlallorflow.com | getlallorserum.com |
| getlifeclean.com | getlistings.biz | getlive.site |
| getlivia.online | getlogan.com | getlondonnews.com |
| getlutonicream.com | getlutoniflow.com | getlvrealestate.com |
| getlxc.top | getmake.space | getmediabuzz.com |
| getmediafeatures.com | getmightyclean.com | getmlmleads.com |
| getmobil.net | getmonerog.xyz | getmoney7000.biz |
| getmorecrafts.com | getmultiplicationtables.com | getmybreakthrough.com |
| getmyprojectdata.com | getnetethiopia.com | getnewtv.com |