# EXHIBIT 3



# ViewDNS.info

| Tools | API | Research | Data |
|-------|-----|----------|------|

ViewDNS.info > Tools > **Domain / IP Whois**

Displays owner/contact information for a domain name or IP address. Can also be used to determine if a domain name is registered or not.

Need to lookup a large number of domains? Enquire about our bulk whois service by emailing us with your requirements.

Domain / IP Address:

[                    ]  GO

```
WHOIS Information for getir190.com
==================================

Domain Name: GETIR190.COM
Registry Domain ID: 5306202
Registrar WHOIS Server: whois.bluehost.com
Registrar URL: http://www.bluehost.com/
Updated Date: 2021-10-14T07:27:25Z
Creation Date: 2021-10-14T07:27:23Z
Registrar Registration Expiration Date: 2022-10-14T07:27:23Z
Registrar: FastDomain Inc.
Registrar IANA ID: 1154
Registrar Abuse Contact Email: support@bluehost.com
Registrar Abuse Contact Phone: +1.8017659400
Reseller: BlueHost.Com
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: FAST-111369499
Registrant Name: DOMAIN PRIVACY SERVICE FBO REGISTRANT
Registrant Organization: THE ENDURANCE INTERNATIONAL GROUP, INC.
Registrant Street: 10 CORPORATE DR, STE 300
Registrant City: BURLINGTON
Registrant State/Province: MASSACHUSETTS
Registrant Postal Code: 01803
Registrant Country: US
Registrant Phone: +1.8017659400
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: WHOIS@BLUEHOST.COM
Registry Admin ID: FAST-111369499
Admin Name: DOMAIN PRIVACY SERVICE FBO REGISTRANT
Admin Organization: THE ENDURANCE INTERNATIONAL GROUP, INC.
Admin Street: 10 CORPORATE DR, STE 300
Admin City: BURLINGTON
Admin State/Province: MASSACHUSETTS
Admin Postal Code: 01803
Admin Country: US
Admin Phone: +1.8017659400
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: WHOIS@BLUEHOST.COM
Registry Tech ID: FAST-111369499
Tech Name: DOMAIN PRIVACY SERVICE FBO REGISTRANT
Tech Organization: THE ENDURANCE INTERNATIONAL GROUP, INC.
Tech Street: 10 CORPORATE DR, STE 300
Tech City: BURLINGTON
Tech State/Province: MASSACHUSETTS
Tech Postal Code: 01803
Tech Country: US
Tech Phone: +1.8017659400
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: WHOIS@BLUEHOST.COM
Name Server: NS1.BLUEHOST.COM
Name Server: NS2.BLUEHOST.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2021-10-14T07:27:25Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

The data in the BlueHost.Com WHOIS database is provided
to you by BlueHost.Com for information purposes only,
that is, to assist you in obtaining information about or related to
a domain name registration record. BlueHost.Com makes
this information available "as is," and does not guarantee its
accuracy. By submitting a WHOIS query, you agree that you will use
this data only for lawful purposes and that, under no circumstances
will you use this data to: (1) allow, enable, or otherwise support
the transmission of mass unsolicited, commercial advertising or
solicitations via direct mail, electronic mail, or by telephone; or
(2) enable high volume, automated, electronic processes that apply
to BlueHost.Com (or its systems). The compilation,
repackaging, dissemination or other use of this data is expressly
prohibited without the prior written consent of
BlueHost.Com. BlueHost.Com reserves the
right to modify these terms at any time. By submitting this query,
you agree to abide by these terms.

UNLIMITED storage, bandwidth and domains on one account. Also receive a *FREE* domain for one year when you host with
http://www.bluehost.com/
```

Follow @viewdns

All content © 2021 ViewDNS.info
Feedback / Suggestions / Contact Us