UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| GETIR US, INC., <br><br> and <br><br> GETIR PERAKENDE LOJISTIK A.S., <br><br> Plaintiffs, <br> v. <br><br> JOHN DOE <br><br> and <br><br> getir190.com, a domain name, <br><br> Defendants. | Civil Action No. 1:21-cv-1237 |

## DECLARATION OF LYNSEY SCHUMACHER

I, Lynsey Schumacher, am over the age of 18 and competent to testify to the matters below:

1. I serve as international legal counsel for Getir US, Inc.

2. I am licensed to practice law in the State of Ohio (Ohio Supreme Court Reg. No.0097011) and the State of West Virginia (Bar ID No. 13459).

3. On November 5, 2021, I learned that the website <getir190.com> was infringing on Getir's trademarks, including the use of the wordmark "Getir" and use of lawfully protected Getir images.

4. Since that time, I have attempted to ascertain the identity of the registrant of <getir190.com> without success.

1

5. The registrant listed for <getir190.com> is "Domain Privacy Service FBO Registrant." No identifying information for the registrant is provided.

6. A true and correct copy of the WHOIS information for <getir190.com> is attached as **Exhibit 1**.

7. Since a web hosting company known as Bluehost (whose parent organization is The Endurance International Group, Inc.—appears to be hosting the website, I attempted to contact Bluehost to send notice regarding <getir190.com>'s violations.

8. A true and correct copy of the letter I sent to Bluehost on November 5, 2021 is attached as **Exhibit 2**.

9. On that same day, I also had a 48-minute phone conversation with a representative from Bluehost regarding <getir190.com>'s violations.

10. After speaking with a representative and his supervisor, BlueHost informed me that it would not voluntarily remove any content from the website.

11. The <getir190.com> website also contains a clickable button in the top-right corner that brings up a "pop-up" box to contact the <getir190.com> website. The box is titled "HELP US!" and provides a message box and email address box. On November 6, 2021, I used this message box in an attempt to contact <getir190.com> to inform them of their unlawful activity and Getir's intent for removal of the website. However, this contact form does not function and therefore does not allow for contact through to the owners of the website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of November 2021 in ____Chicago____, Illinois.

_____
Lynsey Schumacher