# EXHIBIT 2



GETIR US Inc.    251 Little Falls Drive, Wilmington, Delaware, 19808

November 5, 2021

Bluehost
Endurance International Group
legal@bluehost.com

VIA EMAIL: legal@bluehost.com

RE:    **DCMA TAKEDOWN NOTICE - URGENT & CONFIDENTIAL – IMMEDIATE ACTION REQUIRED**

To Whom It May Concern:

I serve as international legal counsel for Getir US, Inc. ("Getir").  I am writing to notify you of the copyright infringement and unlawful use of Getir's copyrighted material that appear on a website page accessible via the URL getir190.com (the "**Infringing Webpage**"). The Infringing Webpage appears at the following location: getir190.com and is hosted by you. The original material is available at the following location: www.getir.com and is also evidenced by the attached trademark registrations. The infringing material includes, but is not limited to, as follows:



- Use of the lawfully protected images:
- Use of the wordmark: "Getir"

You will find all registered trademark evidence attached to this email.

**This letter shall service as Getir's official notification to you under Section 512(c) of the Digital Millennium Copyright Act of 1998 ("DMCA"). I request the <u>immediate</u> removal of the aforementioned infringing material from your servers. I also request that you immediately notify the infringer of this notice and inform them to cease any further posting of the infringing material to your server in the future.**

I am providing this notice in good faith and with the reasonable belief that the use of the described Offending Webpage and material contained thereon in the manner complained is not



GETIR US Inc.    251 Little Falls Drive, Wilmington, Delaware, 19808

authorized by myself, Getir, or the law. I swear, under penalty of perjury, that the information in the notification is accurate and that I am counsel for Getir, owner of the copyrighted material involved, and have the requisite authority to send this communication.

If Getir receives **immediate** confirmation that you have removed or disabled access to the Infringing Webpage, our client will take no further action against you in respect of this matter. If this confirmation is not received, Getir reserves the right to issue proceedings against you to the fullest extent of the law. If proceedings become necessary (which may be issued and served without further notice to you), the remedies that may be available to Getir include an injunction restraining further publication of the Infringing Material and/or Webpage pending trial, damages, legal costs and interest. In the meantime, Getir reserves all its rights in this matter.

We look forward to hearing from you immediately. If you have any questions, please contact our Chief Legal Officer at Selin.barlin@getir.com with a cc to lynsey.schumacher@getir.com and anna.cosgrave@getir.com.

Sincerely,

Lynsey A. Schumacher, Esq.