UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| GETIR US, INC.,<br><br>and<br><br>GETIR PERAKENDE LOJISTIK A.S.,<br><br>            Plaintiffs,<br>   v.<br><br>JOHN DOE<br><br>and<br><br>getir190.com, a domain name,<br><br>            Defendants. | Civil Action No. 1:21-cv-1237 _____ |

**DECLARATION OF MERT SALUR**

I, Mert Salur, am over the age of 18 and competent to testify to the matters below:

1. I am the Chief Executive Officer of Getir US, Inc.

2. I oversee all aspects of the business at Getir US, Inc.

3. Getir US, Inc. is a wholly owned subsidiary of Geitir B.V.

4. Getir started as a mobile application in Turkey that offers an on-demand ultrafast delivery service for grocery items, in addition to restaurant food deliveries.

5. Getir has been wildly successful, and now offers services in more than 35 Turkish cities, 8 UK cities, 2 Spanish cities, 3 Dutch cities, 2 French cities, 2 German cities, 1 Italian city, and one Portuguese city.

6. Getir has delivered 160 million+ orders with riders driving more than 800 million kilometers.

7. A true and correct copy of a screenshot of Getir's website, which is located at https://getir.com, is attached as **Exhibit 1**.

8. Geitir Perakende Lojistik A.S. is the owner/operator of the website www.getir.com, the owner of the GETIR Trademarks, and the owner of the GETIR trademarks, which are attached as **Exhibits 2** and **3**.

9. This past June, Getir announced that we would launch in the United States before year end.



13. We have invested millions to launch Getir in the United States.

14. On November 5, 2021, we discovered that there is a website, Getir190.com that uses Getir's trademarks and contains false statements about Getir.

15. A true and correct copy of GETIR.190.com is attached as **Exhibit 4**.

16. This website falsely claims:

    a. "Getir brings death in minutes"

    b. "Our riders are dying to serve you"

    c. "Since 2020, more than 190 Getir riders have died on the job in Turkey among 63,000 traffic accidents involving their riders. Getir workers in Turkey have no rights and no insurance, exposing them and their families to a life of debt and destitution if they get injured or die on the job. Getir is all smiles for now in Europe and the UK, but slowly and surely the mask is starting to slip."

    d. "If a driver gets injured or dies, they or their families are left with nothing. The riders have no insurance and can expect no sympathy or pay out from the company. Every Getir driver is a moment away from death, injury, and destitution."

17. Each of these statements is false. The publisher of this material on Getir190.com has taken publicly reported data about the 190 deaths of **all** motorcycle delivery drivers since March 2020 and the 19 deaths of **all** motorcycle delivery drivers in 2019 and falsely attributed those deaths solely to Getir. *See* **Exhibit 5** (printout of https://www.hurriyetdailynews.com/number-of-deaths-of-delivery-riders-rises-tenfold-during-pandemic-162903)

18. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ all Getir riders have health insurance, and accident coverage is paid to a rider's beneficiaries in the event of death.

19.     Based on industry practice, the number of tragic fatalities of Getir riders is extremely low. This is because Getir has a safety team, dedicated to riders' safety, together with a head safety officer in each jurisdiction, who evaluate traffic infractions and take appropriate action to ensure that unsafe riders are not permitted to continue working with Getir networks. As part of this system, Getir (i) provides detailed training and protective gear to all of its riders as part of their onboarding, (ii) tracks the movements of its riders to check their compliance with Getir's safety standards, (ii) does not allow its riders to drive on highways, and (iv) does not allow riders to carry heavy orders (determined based on the technical assessment of the safety team) on two or three wheel vehicles.

20.     It has also come to my attention that approximately 250 posters were stuck around central London contemporaneously with the launch of Getir190.com. A true and correct picture of some of these posters are attached as **Exhibit 6**.

21.     Additionally, Getir190 has launched accompanying defamatory video footage on YouTube and Vimeo that repeats the defamatory claims contained on the website. The Vimeo link is currently active and ends with a QR code.

22.     This website (Getir190.com) is accessible and active in the United States, and it is threatening to generate negative publicity (based on false and defamatory statements) at the exact moment Getir is poised to launch in the United States. This negative publicity will cause Getir to suffer irreparable harm, including harm to its reputation and goodwill, for which it cannot be compensated with monetary damages. If not enjoined, these defamatory statements will harm Getir's reputation with its employees, consumers, and potential and present riders, particularly when considering the extensive measures we take to ensure the safety and wellbeing of our riders.

23. By way of example, riders exceeding determined speed limits (determined in adherence to all traffic laws and to ensure rider and pedestrian safety) will be inactivated on our system. We also implement a check of 1st level traffic violations, all of which are strictly observed by our Field Safety department. We provide all required safety training to ensure rider and pedestrian safety. But by presenting false information on Getir190.com as fact, this website threatens our reputation with employees, consumers, and riders.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of November 2021 in Chicago, Illinois.

_____

Mert Salur