EXHIBIT 2

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Nov 5 03:32:23 EDT 2021*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start **List At:** OR Jump **to record:** **Record 4 out of 4**

---

TSDR | ASSIGN Status | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

getir

| | |
|---|---|
| **Word Mark** | **GETIR** |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Advertising services, marketing services and public relations; organization of exhibitions and trade fairs for commercial or advertising purposes; providing office functions; secretarial services; arranging newspaper subscriptions for others; compilation of statistics; rental of office machines; systemization of information into computer databases; telephone answering for unavailable subscribers; business management; business administration services and business consultancy; accounting services; commercial consultancy services; personnel recruitment; personnel placement; employment agencies; import-export agencies; temporary personnel placement services; auctioneering; the bringing together, for the benefit of others, of a variety of chemicals used in industry, science and photography, as well as in agriculture, horticulture and forestry, unprocessed artificial resins, unprocessed plastics, manures, fire extinguishing compositions, tempering and soldering preparations, chemical substances for preserving foodstuffs, tanning substances, adhesives used in industry, paints, varnishes, lacquers, preservatives against rust and against deterioration of wood, colorants, mordants, raw natural resins, metals in foil and powder form for painters, decorators, printers and artists, bleaching preparations and other substances for laundry use, cleaning, polishing, scouring and abrasive preparations, soaps, perfumery, essential oils, cosmetics, hair lotions, dentifrices, industrial oils and greases, lubricants, dust absorbing, wetting and binding compositions, fuels, motor spirit and illuminants, candles and wicks for lighting, pharmaceutical and veterinary preparations, sanitary preparations for medical purposes, dietetic food and substances adapted for medical or veterinary use, food for babies, dietary supplements for humans and animals, medical plasters, materials for medical dressings, material for stopping teeth, dental wax, disinfectants, preparations for destroying vermin, fungicides, herbicides, common metals and their alloys, metal building materials, transportable buildings of metal, materials of metal for railway tracks, non-electric cables and wires of common metal, ironmongery, small items of metal hardware, pipes and tubes of metal, safes, common metal boxes, common metal pulls, ores, agricultural machines and machine tools, construction machines and machine tools, motors and engines except for land vehicles, machine coupling and transmission components except for land vehicles, agricultural implements other than hand-operated, incubators for eggs, automatic vending machines, hand-operated hand tools and implements, cutlery, side arms, razors, scientific apparatus and instruments, microscopes, mechanisms for coin-operated apparatus, cash registers, fire-extinguishing apparatus, surgical, medical, dental and veterinary apparatus and instruments, artificial limbs, eyes and teeth, orthopedic articles, suture materials, apparatus for lighting, heating, steam generating, cooking, refrigerating, drying, ventilating, water supply and sanitary purposes, vehicles, apparatus for locomotion by land, air or water, firearms, ammunition and projectiles, explosives, fireworks, precious metals and their alloys and jewelry goods in precious metals or coated therewith, jewellery, precious stones, horological and chronometric |

instruments, paper, cardboard and stationery goods made from these materials, printed publications, bookbinding material, photographs, stationery, adhesives for stationery or household purposes, artists' materials, paintbrushes, typewriters and office requisites except furniture, printed instructional and teaching material except apparatus, plastic materials for packaging, printers' type, printing blocks, rubber, gutta-percha, gum, asbestos, mica, plastics in extruded form for use in further manufacture, packing, stopping and insulating materials, flexible pipes, not of metal, leather and imitations of leather, and leather bags and handbags, animal skins and hides, trunks and travelling bags, umbrellas and parasols, walking sticks, whips, harness and saddlery, non-metallic building materials, non-metallic rigid pipes for building, asphalt, pitch and bitumen, non-metallic transportable buildings, monuments, not of metal, furniture, mirrors, picture frames, houseware goods of wood, cork, reed, cane, wicker, horn, bone, ivory, whalebone, shell, amber, mother-of-pearl, meerschaum and substitutes for all these materials, or of plastics, household or kitchen utensils and containers, combs and sponges, brushes except paintbrushes, brush-making materials, articles for cleaning purposes, steelwool, unworked or semi-worked glass except glass used in building, glassware, porcelain and earthenware all being housewares, ropes, string, nets, tents, awnings, tarpaulins, sails, sacks and bags for the transportation or storage of materials in bulk, padding and stuffing materials except of rubber or plastics, raw fibrous textile materials, yarns and threads, for textile use, textiles and textile goods, bed covers, table covers, clothing, footwear, headwear, lace and embroidery, ribbons and braid, buttons, hooks and eyes, pins and needles, artificial flowers, carpets, rugs, mats and matting, linoleum and other materials for covering existing floors, non-textile wall hangings, games and playthings, gymnastic and sporting articles, decorations for Christmas trees, meat, fish, poultry and game, meat extracts, preserved, frozen, dried and cooked fruits and vegetables, jellies, jams, compotes, eggs, milk and milk products, edible oils and fats, coffee, tea, cocoa and artificial coffee, rice, tapioca and sago, flour and preparations made from cereals, bread, pastry and confectionery, edible ices, sugar, honey, treacle, yeast, baking-powder, salt, mustard, vinegar, sauces being condiments, spices, ice, grains and agricultural seeds, horticultural bulbs, live animals, fresh fruits and vegetables, seeds, natural plants and flowers, foodstuffs for animals, malt, beers, mineral and aerated waters and other non-alcoholic beverages, fruit beverages and fruit juices, syrups and other preparations for making beverages, alcoholic beverages except beers, tobacco, smokers' articles, and matches, excluding the transport thereof, enabling customers to conveniently view and purchase those goods from wholesale outlets, retail outlets and from a general merchandise catalogue by mail order or by means of telecommunications

IC 039. US 100 105. G & S: Land, water and air transport services; rental of land, water or air vehicles; arranging of travel tours, namely, arranging transport for travelers; travel ticket reservation service; booking of tickets for travel; courier services for messages or merchandise; car parking; garage rental; boat storage; transport by pipeline; electricity distribution; water supplying; rescue operations for vehicles and goods; warehousing services, namely, storage, wrapping and packaging of goods; transport and storage of trash; transport and storage of waste

IC 042. US 100 101. G & S: Scientific and technological services, namely, scientific research and scientific analysis in the fields of computer technology, computer software, and computer hardware and new product research and design relating thereto; industrial analysis and research services in the fields of computer technology, computer software, and computer hardware; design and development of computer hardware and software

| | |
|---|---|
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 79236820 |
| **Filing Date** | February 16, 2018 |
| **Current Basis** | 66A |
| **Original Filing Basis** | 66A |
| **Published for Opposition** | January 21, 2020 |
| **Registration Number** | 6026027 |
| **International Registration Number** | 1413393 |
| **Registration Date** | April 7, 2020 |
| **Owner** | (REGISTRANT) GETIR PERAKENDE LOJISTIK ANONIM SIRKETI CORPORATION TURKEY Etiler Mah. Ebula Mardin Cad. No:23 Besiktas Istanbul TURKEY |
| **Attorney of** | Nicholas D. Wells |

| | |
|---|---|
| **Record** | |
| **Description of Mark** | The color(s) purple and dark yellow is/are claimed as a feature of the mark. The mark consists of the stylized wording "GETIR" in dark yellow set against a purple background. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY