# EXHIBIT 3


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Nov 5 03:32:23 EDT 2021

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [    ] OR [Jump] to record: [    ]   **Record 2 out of 4**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **GETIR** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Downloadable software in the nature of a mobile application for delivery and ordering |

IC 035. US 100 101 102. G & S: Advertising; marketing and public relations; organization of exhibitions and trade fairs for commercial or advertising purposes; office functions; secretarial services; arranging newspaper subscriptions for others; compilation of statistics; rental of office machines; systemization of information into computer databases; telephone answering for unavailable subscribers; business management; business administration and business consultancy; accounting; commercial consultancy and advisory services; personnel recruitment; personnel placement; employment agencies; import-export agencies; temporary personnel placement services; auctioneering; the bringing together, for the benefit of others, of a variety of goods, including paints, varnishes, lacquers, preservatives against rust, preservatives against deterioration of wood, thinners and binders for paints, pigments, preservatives for metals, shoe dyes, printing dyes and ink, toners (including filled toner cartridges), colorants for food, pharmaceuticals and beverages, bleaching and cleaning preparations, detergents other than for use in manufacturing operations and for medical purposes, laundry bleach, fabric softeners for laundry use, stain removers, dishwasher detergents, perfumery, non-medicated cosmetics, fragrances, deodorants for personal use and animals, soaps, dental care preparations, namely, dentifrices, denture polishes, tooth whitening preparations, mouth washes, not for medical purposes, abrasive preparations, emery cloth, sandpaper, pumice stone, abrasive pastes, polishing preparations for leather, vinyl, metal and wood, polishes and creams for leather, vinyl, metal and wood, wax for polishing, candles, wicks, semi-finished wax, wax and paraffin for lighting purposes, pharmaceutical and veterinary preparations for medical purposes, chemical preparations for medical and veterinary purposes, chemical reagents for pharmaceutical and veterinary purposes, medicated cosmetics, over the counter drugs, dietary supplements for pharmaceutical and veterinary purposes, dietary supplements, nutritional supplements, medical preparations for slimming purposes, food for babies, herbs and herbal beverages adapted for medicinal purposes, sanitary preparations for medical use, hygienic pads, hygienic tampons, plasters, materials for dressings, diapers made of paper and textiles for babies, adults and pets, preparations for destroying vermin, herbicides, fungicides, preparations for destroying rodents, deodorants, other than for human beings or for animals, air purifying preparations, air deodorising preparations, disinfectants, antiseptics, detergents for medical purposes, medicated soaps, disinfectant soaps, antibacterial hand lotions, forks, spoons, knives and non-electric cutters, slicers, peelers for kitchen use, including those made of precious metals, tools and apparatus for personal beauty care use, namely, tools and apparatus for shaving, epilation, manicure and pedicure, electric hand implements for straightening and curling hair, scissors, hand-operated hand tools for the repair of machines,

apparatus and vehicles and for use in construction, agriculture, horticulture and forestry, none of them being power tools, electric or non-electric irons, steam irons, handles for hand-operated hand tools, magnetic and optic data carriers and computer software and programmes recorded thereto, downloadable and recordable electronic publications, encoded magnetic and optic cards, Movies, tv series and video music clips recorded on magnetic, optical and electronic media, eyeglasses, sunglasses, optical lenses and cases, containers, parts and components thereof, apparatus and instruments for conducting, transforming, accumulating or controlling electricity, electric plugs, junction boxes, electric switches, circuit breakers, fuses, lighting ballasts, battery starter cables, electrical circuit boards, electric resistances, electric sockets, transformers, electrical adapters, battery chargers, electric door bells, electric and electronic cables, batteries, electric accumulators, solar panels for production of electricity, adult sexual aids, condoms, babies' bottles, babies' pacifiers, teats, teethers for babies, sprays for personal defence purposes, musical instruments and cases for musical instruments, paper and cardboard, paper and cardboard for packaging and wrapping purposes, cardboard boxes, paper towels, toilet paper, paper napkins, plastic materials for packaging and wrapping purposes, printing blocks and types, bookbinding material, printed publications, printed matter, books, magazines, newspapers, bill books, printed dispatch notes, printed vouchers, calendars, posters, photographs, paintings, stickers, postage stamps, stationery, office stationery, instructional and teaching material, writing and drawing implements, artists' materials, paper products for stationery purposes, adhesives for stationery purposes, pens, pencils, erasers, adhesive tapes for stationery purposes, cardboard cartons, writing paper, copying paper, paper rolls for cash registers, drawing materials, chalkboards, painting pencils, watercolors, office requisites, paint rollers and paintbrushes for painting, goods made of leather, imitations of leather or other materials, designed for carrying items, bags, wallets, boxes and trunks made of leather or stout leather, keycases, trunks, suitcases, umbrellas, parasols, sun umbrellas, walking sticks, whips, harness, saddlery, stirrups, straps of leather (saddlery), aquarium sand, mattresses, pillows, air mattresses and cushions, not for medical purposes, water beds, mirrors, bouncing chairs for babies, playpens for babies, cradles, infant walkers, display boards, frames for pictures and paintings, identification plates, identification tags, nameplates, identification labels made of wood or synthetic materials, packaging containers of wood or plastics, casks for use in transportation or storage, barrels, storage drums, tanks, boxes, storage containers, transportation containers, chests, loading pallets and closures for the aforementioned goods, of wood or plastics, small hardware goods of wood or synthetic materials included in this class, furniture fittings, of wood or synthetic materials, opening and closing mechanisms of wood or synthetic materials, ornaments and decorative goods of wood, cork, reed, cane, wicker, horn, bone, ivory, whalebone, shell, amber, mother-of-pearl, meerschaum, beeswax, plastic or plaster, namely, figurines, holiday ornaments for walls, sculptures, trophies, baskets, fishing baskets, kennels, nesting boxes and beds for household pets, portable ladders and mobile boarding stairs of wood or synthetic materials, bamboo curtains, roller indoor blinds, slatted indoor blinds, strip curtains, bead curtains for decoration, curtain hooks, curtain rings, curtain tie-backs, curtain rods, non-metal wheel chocks, hand-operated non-electric cleaning instruments and appliances, brushes, other than paintbrushes, steel chips for cleaning, sponges for cleaning, steel wool for cleaning, cloths of textile for cleaning, gloves for dishwashing, non-electric polishing machines for household purposes, brooms for carpets, mops, toothbrushes, electric toothbrushes, dental floss, shaving brushes, hair brushes, combs, non-electric household or kitchen utensils, services, pots and pans, bottle openers, flower pots, drinking straws, non-electric cooking utensils, ironing boards and shaped covers therefor, drying racks for washing, clothes drying hangers, cages for household pets, indoor aquariums, vivariums and indoor terrariums for animals and plant cultivation, ornaments and decorative goods of glass, porcelain, earthenware or clay, namely, statues, figurines, vases and trophies, mouse traps, insect traps, electric devices for attracting and killing flies and insects, fly catchers, fly swatters, perfume burners, perfume sprayers, perfume vaporizers, electric or non-electric make-up removing appliances, powder puffs, toilet cases, nozzles for sprinkler hose, nozzles for watering cans, watering devices, garden watering cans, unworked or semi-worked glass, except building glass, mosaics of glass and powdered glass for decoration, except for building, glass wool other than for insulation or textile use, ropes, strings, rope ladders, hammocks, fishing nets, tents, awnings, tarpaulins, sails, vehicle covers, not fitted, bags of textile, for packaging, padding and stuffing materials, except of rubber and plastics, including those of wool and cotton, yarns and threads for textile use, threads and yarns for sewing, embroidery and knitting, thread, elastic yarns and threads for textile use, woven or non-woven textile fabrics, textile goods for household use, namely, curtains, bed covers, sheets (textile), pillowcases, blankets, quilts, towels, flags, pennants, labels of textile, swaddling blankets, sleeping bags for camping, clothing, including underwear and outerclothing, other than special purpose protective clothing, socks, mufflers, shawls, bandanas, scarves, belts, footwear, shoes, slippers, sandals, headgear, hats, caps with visors, berets, caps, skull caps, laces and embroidery, guipures, festoons, ribbons (haberdashery), ribbons and braid, fastening tapes for clothing, cords for clothing, letters and numerals for marking linen, embroidered emblems, badges for wear, not of precious metal, shoulder pads for clothing, buttons for clothing, fasteners for clothing, eyelets for clothing, zippers, buckles for shoes and belts, fasteners, shoe and belt buckles, pins, other than jewellery, adhesive patches for decoration of textile articles, laces, needles, sewing needles, needles for sewing machines, needles for knitting and embroidery, boxes for needles, needle cushions, artificial flowers, artificial fruits, hair pins, hair buckles, hair bands, decorative articles for the hair, not made of precious metal, wigs, hair extensions, electric or non-electric hair curlers, other than hand implements, carpets, rugs, mats, prayer rugs, linoleum, artificial turf, linoleum for covering floors, gymnasium mats, wallpaper, wall hangings not of textile, games and toys, arcade video game machines, game apparatus and machines for use with an external display screen and monitor, including those coin-operated, toys for animals, toys for outdoor playgrounds, parks and game parks, gymnastic and sporting articles not included in other classes, fishing tackle,

artificial fishing bait, decoys for hunting and fishing, Christmas trees of artificial material, ornaments for Christmas trees, artificial snow for Christmas trees, rattles (playthings), novelties for parties, dances (party favors), paper party hats, meat, fish, poultry and game, processed meat products, dried pulses, soups, bouillon, processed olives, olive paste, milks of animal origin, milks of herbal origin, milk products, butter, edible oils, dried, preserved, frozen, cooked, smoked or salted fruits and vegetables, tomato paste, prepared nuts and dried fruits as snacks, hazelnut spreads and peanut butter, tahini (sesame seed paste), eggs and powdered eggs, potato chips, coffee, cocoa; coffee or cocoa based beverages, chocolate based beverages, pasta, stuffed dumplings, noodles, pastries and bakery products based on flour, desserts based on flour and chocolate, bread, pita, sandwiches, pies, cakes, baklava, desserts based on dough coated with syrup, puddings, custard, rice pudding, honey, bee glue for human consumption, propolis for food purposes, condiments for foodstuff, vanilla (flavoring), spices, sauces (condiments), tomato sauce, yeast, baking powder, flour, semolina, starch for food, sugar, cube sugar, powdered sugar, tea, ice tea, confectionery, chocolate, biscuits, crackers, wafers, chewing gums, ice-cream, edible ices, salt, cereal-based snack food, popcorn, crushed oats, corn chips, breakfast cereals, processed wheat for human consumption, crushed barley for human consumption, processed oats for human consumption, processed rye for human consumption, rice, molasses for food, agricultural and horticultural products not included in other classes, seeds, forestry products not included in other classes, plants, dried plants for decoration, fresh garden herbs, dried garden herbs for decoration, animal foodstuffs, malt not for human consumption, underlays for pets, cat litters, beers, preparations for making beer, mineral water, spring water, table water, soda water, fruit and vegetable juices, fruit and vegetable concentrates and extracts for making beverages, non-alcoholic soft drinks, energy drinks, protein-enriched sports beverages, alcoholic beverages (except beers), wines, raki, whisky, liqueurs, alcoholic cocktails, tobacco, chewing tobacco, cigarettes, cigars, smokers' articles including those made of precious metals, namely, pipes and mouthpieces for cigars and cigarettes, ashtrays, tobacco boxes, pocket apparatus for rolling cigarettes, cigarette paper, tobacco pipes, firestones, lighters for smokers, electronic cigarettes and their cartridges, matches, enabling customers to conveniently view and purchase those goods, such services may be provided by retail stores, wholesale outlets, by means of electronic media or through mail order catalogues

IC 039. US 100 105. G & S: Land, water and air transport services, rental of land, water or air vehicles, arranging of travel tours, travel reservation, issuing of tickets for travel, courier services (messages or merchandise), car parking, garage rental, boat storage, transport by pipeline, electricity distribution, water supplying, rescue operations for vehicles and goods, storage, wrapping and packaging of goods, transport and storage of trash, transport and storage of waste; delivery services, in particular delivery of fast moving consumer goods, food, staple food products, beverages, fruits and vegetables, baked goods, snacks, ready to eat products, over the counter drugs, alcoholic beverages, tobacco, smokers articles, dairy and deli products, personal care products, home care products, home and living products, electronic products, pet food, baby care products, sexual health products and clothing

IC 042. US 100 101. G & S: Scientific and technological services and research and design relating thereto, industrial analysis and research services, design and development of computer hardware and software

| | |
|---|---|
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 90704110 |
| **Filing Date** | May 11, 2021 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Getir Perakande Lojistik Anonim Sirketi anonim sirketi (a.s.) TURKEY Etiler Mah. Tanburi Ali Efendi Sok. Maya Residences Sit. T Blok No:13/334 Besiktas, Istanbul TURKEY 34337 |
| **Attorney of Record** | Ben Natter |
| **Prior Registrations** | 6026027 |
| **Description of Mark** | The color(s) yellow and purple is/are claimed as a feature of the mark. The mark consists of GETIR in stylized yellow font on top of a purple background. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | LIVE |

**Indicator**

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |