**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| GETIR US, INC.,<br><br>and<br><br>GETIR PERAKENDE LOJISTIK A.S.,<br><br>                Plaintiffs,<br>   v.<br><br>JOHN DOE<br><br>and<br><br>getir190.com, a domain name,<br><br>                Defendants. | Civil Action No. 1:21-cv-1237 |

**PLAINTIFFS' MOTION TO SEAL**

Plaintiffs Getir US, Inc. and Getir Perakende Lojistik A.S. (collectively "Getir"), by and through undersigned counsel, and under Local Rule 5(C), requests leave to file under seal an unredacted copy of (1) Getir's Complaint; (2) Getir's Memorandum in Support of its Emergency Ex Parte Motion for Temporary Restraining Order; (3) Getir's Proposed Order granting its Emergency Motion; and (4) the Declaration of Mert Salur.  The grounds for this Motion are set forth in the accompanying memorandum.

Dated: November 8, 2021	VENABLE LLP

	 /s/                                                             
	Nicholas M. DePalma (VSB No. 72886)
	Kevin W. Weigand (VSB No. 81073)
	8010 Towers Crescent Drive, Ste 300
	Tysons Corner, VA 22182
	Tel: 703-905-1449
	Fax: 703-821-8949
	nmdepalma@venable.com
	kwweigand@venable.com

	Roger A. Colaizzi (VSB No. 32651)
	600 Massachusetts Avenue, NW
	Washington, D.C. 20001
	Tel: 202-344-8051
	rcolaizzi@venable.com

	*Counsel for Plaintiffs*