**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| GETIR US, INC., <br><br> and <br><br> GETIR PERAKENDE LOJISTIK A.S., <br><br>     Plaintiffs, <br> v. <br><br> JOHN DOE <br><br> and <br><br> getir190.com, a domain name, <br><br>     Defendants. | Civil Action No. 1:21-cv-01237 |

**NOTICE OF FILING MOTION TO SEAL**

PLEASE TAKE NOTICE that Plaintiffs Getir US, Inc. ("Getir US") and Getir Perakende Lojistik A.S. (collectively "Getir"), by and through their undersigned attorneys and in accordance with the Local Rules of this Court, have filed a Motion for Leave to File Under Seal an unredacted copy of (1) Getir's Complaint; (2) Getir's Memorandum in Support of its Emergency Ex Parte Motion for Temporary Restraining Order; (3) Getir's Proposed Order granting its Emergency Motion; and (4) the Declaration of Mert Salur.

Any information designated as confidential in a supporting or opposing memorandum will be treated as sealed pending a determination by the Court on the motion to seal.

Any person objecting to the Motion must file an objection with the Clerk within seven (7) days after the filing of the Motion to Seal. If no objection is filed in a timely manner, the Court may treat the motion as uncontested.

| | |
|---|---|
| Dated: November 8, 2021 | VENABLE LLP |

                                                          /s/_____
Nicholas M. DePalma (VSB No. 72886)
Kevin W. Weigand (VSB No. 81073)
8010 Towers Crescent Drive, Ste 300
Tysons Corner, VA 22182
Tel: 703-905-1449
Fax: 703-821-8949
nmdepalma@venable.com
kwweigand@venable.com

Roger A. Colaizzi (VSB No. 32651)
600 Massachusetts Avenue, NW
Washington, D.C. 20001
Tel: 202-344-8051
rcolaizzi@venable.com

*Counsel for Plaintiffs*