**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

|  |  |
|---|---|
| GETIR US, INC., <br><br> and <br><br> GETIR PERAKENDE LOJISTIK A.S., <br><br>             Plaintiffs, <br>     v. <br><br> JOHN DOE <br><br> and <br><br> getir190.com, a domain name, <br><br>             Defendants. | Civil Action No. 1:21-cv-01237 |

## PLAINTIFFS' FINANCIAL DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1 of the U.S. District Court for the Eastern District of Virginia, Plaintiffs Getir US, Inc. and Getir Perakende Lojistik A.S. (collectively "Getir"), by and through their undersigned attorneys, state as follows:

Getir US, Inc. and Getir Perakende Lojistik A.S. are wholly owned subsidiaries of Getir B.V. No publicly held corporation owns 10% or more of Getir US, Inc. or Getir Perakende Lojistik A.S.'s stock.

Dated:  November 8, 2021

/s/
Nicholas M. DePalma (VSB No. 72886)
Kevin W. Weigand (VSB No. 81073)
8010 Towers Crescent Drive, Ste 300
Tysons Corner, VA 22182
Tel: 703-905-1449
Fax: 703-821-8949
nmdepalma@venable.com
kwweigand@venable.com

Roger A. Colaizzi (VSB No. 32651)
600 Massachusetts Avenue, NW
Washington, DC 20001
Tel: 202-344-8051
rcolaizzi@venable.com