# EXHIBIT A



Enter Domain or IP        WHOIS

DOMAINS    WEBSITE    CLOUD    HOSTING    SERVERS    EMAIL    SECURITY    WHOIS    SUPPORT    LOGIN    0

## getir190.com

Updated 8 hours ago

**Interested in similar domains?**

| findir190.com | Buy Now |
| eatir190.com | Buy Now |
| getir190bet.com | Buy Now |
| gettingir190.com | Buy Now |
| getir190.net | Buy Now |
| findir190.net | Buy Now |

### Domain Information

| | |
|---|---|
| Domain: | getir190.com |
| Registrar: | FastDomain Inc. |
| Registered On: | 2021-10-14 |
| Expires On: | 2022-10-14 |
| Updated On: | 2021-10-14 |
| Status: | clientTransferProhibited |
| Name Servers: | ns1.bluehost.com<br>ns2.bluehost.com |

### Registrant Contact

| | |
|---|---|
| Name: | DOMAIN PRIVACY SERVICE FBO REGISTRANT |
| Organization: | THE ENDURANCE INTERNATIONAL GROUP, INC. |
| Street: | 10 CORPORATE DR, STE 300 |
| City: | BURLINGTON |
| State: | MASSACHUSETTS |
| Postal Code: | 01803 |
| Country: | US |
| Phone: | +1.8017659400 |
| Email: | WHOIS@BLUEHOST.COM |

### Administrative Contact

| | |
|---|---|
| Name: | DOMAIN PRIVACY SERVICE FBO REGISTRANT |
| Organization: | THE ENDURANCE INTERNATIONAL GROUP, INC. |
| Street: | 10 CORPORATE DR, STE 300 |
| City: | BURLINGTON |
| State: | MASSACHUSETTS |
| Postal Code: | 01803 |
| Country: | US |
| Phone: | +1.8017659400 |
| Email: | WHOIS@BLUEHOST.COM |

**.space**
$24.88  $1.48
BUY NOW
*Offer ends 30th November 2021



On Sale!

.SITE @ $7.88 $31.88



| | Technical Contact | |
|---|---|---|
| Name: | DOMAIN PRIVACY SERVICE FBO REGISTRANT | |
| Organization: | THE ENDURANCE INTERNATIONAL GROUP, INC. | |
| Street: | 10 CORPORATE DR, STE 300 | |
| City: | BURLINGTON | |
| State: | MASSACHUSETTS | |
| Postal Code: | 01803 | |
| Country: | US | |
| Phone: | +1.8017659400 | |
| Email: | WHOIS@BLUEHOST.COM | |

## Raw Whois Data

```
Domain Name: GETIR190.COM
Registry Domain ID: 5306202
Registrar WHOIS Server: whois.bluehost.com
Registrar URL: http://www.bluehost.com/
Updated Date: 2021-10-14T07:27:25Z
Creation Date: 2021-10-14T07:27:23Z
Registrar Registration Expiration Date: 2022-10-14T07:27:23Z
Registrar: FastDomain Inc.
Registrar IANA ID: 1154
Registrar Abuse Contact Email: support@bluehost.com
Registrar Abuse Contact Phone: +1.8017659400
Reseller: BlueHost.Com
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibi
Registry Registrant ID: FAST-111369499
Registrant Name: DOMAIN PRIVACY SERVICE FBO REGISTRANT
Registrant Organization: THE ENDURANCE INTERNATIONAL GROUP, INC.
Registrant Street: 10 CORPORATE DR, STE 300
Registrant City: BURLINGTON
Registrant State/Province: MASSACHUSETTS
Registrant Postal Code: 01803
Registrant Country: US
Registrant Phone: +1.8017659400
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: WHOIS@BLUEHOST.COM
Registry Admin ID: FAST-111369499
Admin Name: DOMAIN PRIVACY SERVICE FBO REGISTRANT
Admin Organization: THE ENDURANCE INTERNATIONAL GROUP, INC.
Admin Street: 10 CORPORATE DR, STE 300
Admin City: BURLINGTON
Admin State/Province: MASSACHUSETTS
Admin Postal Code: 01803
Admin Country: US
Admin Phone: +1.8017659400
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: WHOIS@BLUEHOST.COM
Registry Tech ID: FAST-111369499
Tech Name: DOMAIN PRIVACY SERVICE FBO REGISTRANT
Tech Organization: THE ENDURANCE INTERNATIONAL GROUP, INC.
Tech Street: 10 CORPORATE DR, STE 300
Tech City: BURLINGTON
Tech State/Province: MASSACHUSETTS
Tech Postal Code: 01803
Tech Country: US
Tech Phone: +1.8017659400
Tech Phone Ext:
Tech Fax:
```

11/8/21, 12:11 AM
Whois getir190.com
Case 1:21-cv-01237-RDA-TCB   Document 21-1   Filed 11/15/21   Page 4 of 5 PageID# 226

```
Tech Fax Ext:
Tech Email: WHOIS@BLUEHOST.COM
Name Server: NS1.BLUEHOST.COM
Name Server: NS2.BLUEHOST.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2021-10-14T07:27:25Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

The data in the BlueHost.Com WHOIS database is provided
to you by BlueHost.Com for information purposes only,
that is, to assist you in obtaining information about or related to
a domain name registration record. BlueHost.Com makes
this information available "as is," and does not guarantee its
accuracy.  By submitting a WHOIS query, you  agree that you will use
this data only for lawful purposes and that, under no circumstances
will you use this data to: (1) allow, enable, or otherwise support
the transmission of mass unsolicited, commercial advertising or
solicitations via direct mail, electronic mail, or by telephone; or
(2) enable high volume, automated, electronic processes that apply
to BlueHost.Com (or its systems). The compilation,
repackaging, dissemination or other use of this data is expressly
prohibited without the prior written consent of
BlueHost.Com. BlueHost.Com reserves the
right to modify these terms at any time.  By submitting this query,
you agree to abide by these terms.

UNLIMITED storage, bandwidth and domains on one account. Also receive a *FREE* doma
```

## related domain names

fastdomain.com    icann.org    bluehost.com    internic.net



Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

Login    or    Create an Account

Follow Us

### Domains

Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

### Hosting & Products

Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
Google Workspace
SSL Certificates
Sitelock
CodeGuard

### Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

### Support

View Knowledge Base
Contact Support
Report Abuse
About Whois

11/8/21, 12:10 AM
Case 1:21-cv-01237-RDA-TCB   Document 21-1   Filed 11/15/21   Page 5 of 5 PageID# 227
whois getir190.com

Copyright © Whois.com. All rights reserved. | Legal Agreement | Privacy Policy