# EXHIBIT C











