**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| GETIR US, INC., <br><br> and <br><br> GETIR PERAKENDE LOJISTIK A.S., <br><br>         Plaintiffs, <br>    v. <br><br> JOHN DOE <br><br> and <br><br> getir190.com, a domain name <br><br> and <br><br> 190getir.com, a domain name, <br><br>         Defendants. | Civil Action No. 1:21-cv-1237 (RDA/TCB) |

**PLAINTIFF'S EMERGENCY *EX PARTE*
<u>MOTION FOR A TEMPORARY RESTRAINING ORDER</u>**

Plaintiffs Getir US, Inc. and Getir Perakende Lojistik A.S. (collectively "Getir"), by counsel, moves for an emergency *ex parte* temporary restraining order (TRO) to obtain injunctive relief to halt the misuse and abuse of the <190getir.com> domain name, which has been used in a campaign with a bad faith intent to profit while tarnishing Getir's goodwill and reputation by using Getir's marks to divert consumers from Getir's website <getir.com> to the infringing website <190getir.com>, where demonstrably false statements concerning Getir's business and safety practices were being made until just a few days ago and may return at any moment.

As explained in greater detail in their accompanying memorandum, Plaintiffs filed their

Complaint against a similar domain name <getir190.com> on November 8 and moved for an Emergency *ex parte* Temporary Restraining Order that same day.  Just days later, Defendants launched a new confusingly similar website <190getir.com> that infringed on Getir's marks and included false and defamatory statements regarding Getir's treatment of its couriers and their safety.  This appears to be part of an ongoing and coordinated attempt to distort and tarnish Getir's marks.  In addition to constituting defamation, Defendants' actions violate the Anticybersquatting Consumer Protection Act ("ACPA"), 15 U.S.C. § 1125(d).  Although the <190getir.com> site is currently down, this may be part of a ploy often used by cybersquatters in an attempt to evade the law.

On November 12, 2021, this Court granted Plaintiffs' Emergency Ex Parte Motion for a Temporary Restraining Order and should do so here as well for the same reasons. Getir brings this *in rem* action under the ACPA because it does not know the identity of the owner of <190getir.com> and has not been able to uncover any contact information online.  *Ex parte* relief is necessary to prevent those from using <190getir.com> to continue deceiving Getir's existing and potential customers while tarnishing Getir's goodwill and reputation in a bad faith intent to profit. Such activities irreparably harm Getir's goodwill and reputation and that of its marks.

Accordingly, Getir requests an order from the Court (1) divesting the present owner and registrant of its ownership and registration over <190getir.com> and mandating the transfer of <190getir.com> to Getir; (2) ordering expedited discovery limited to contact information used for the domain name registration; any data related to the online registration, including the IP addresses of the relevant user; the names and addresses of the Defendant and the locations of their operations, including identifying information associated with Defendant's websites, and any other domain names they may operate; any and all known Internet websites on which Defendant uses the Getir

Trademarks; information on any other accounts linked to the Registrant; and any and all known domain names registered by Defendant; and (3) ordering Defendants' to show cause why a preliminary injunction should not be granted.

Dated: November 15, 2021                         VENABLE LLP

                                                 __/s/_____
                                                 Nicholas M. DePalma (VSB No. 72886)
                                                 Kevin W. Weigand (VSB No. 81073)
                                                 8010 Towers Crescent Drive, Ste 300
                                                 Tysons Corner, VA 22182
                                                 Tel: 703-905-1449
                                                 Fax: 703-821-8949
                                                 nmdepalma@venable.com
                                                 kwweigand@venable.com


                                                 Roger A. Colaizzi (VSB No. 32651)
                                                 600 Massachusetts Avenue, NW
                                                 Washington, D.C. 20001
                                                 Tel: 202-344-8051
                                                 rcolaizzi@venable.com


                                                 *Counsel for Plaintiffs*