**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| GETIR US, INC., <br><br> and <br><br> GETIR PERAKENDE LOJISTIK A.S., <br><br>          Plaintiffs, <br>   v. <br><br> JOHN DOE <br><br> and <br><br> getir190.com, a domain name <br><br> and <br><br> 190getir.com, a domain name, <br><br>          Defendants. | Civil Action No. 1:21-cv-1237 (RDA/TCB) |

### SUPPLEMENTAL DECLARATION OF LYNSEY SCHUMACHER

I, Lynsey Schumacher, am over the age of 18 and competent to testify to the matters below:

1.      I serve as international legal counsel for Getir US, Inc.

2.      I am licensed to practice law in the State of Ohio (Ohio Supreme Court Reg. No.0097011) and the State of West Virginia (Bar ID No. 13459).

3.      All the statements in my prior declaration (Dkt. 5) and the Declaration of Mert Salur (Dkt. 6) are true and accurate.

4.      However, since the filing of my first declaration on November 8, 2021, Getir has discovered subsequent activity in connection with its marks and that appear to be related to the

infringing activity involved in Getir's original Complaint and Motion for Temporary Restraining Order that requires Getir to expand the relief requested to cover the domain name <190getir.com>.

5.      On November 10, 2021, I learned that the website <190getir.com> was infringing on Getir's trademarks, including the use of the wordmark "Getir."

6.      Since that time, I have attempted to ascertain the identity of the registrant of <190getir.com> without success.

7.      The registrant listed for <190getir.com> is "Domain Administrator," and the Registrant Organization is listed as "See Privacy Guardian.org", which is an online security application that, among other things, assists with concealing the identity of the true registrant. No identifying information for the registrant is provided.

8.      On November 12, 2021, I visited <privacyguardian.org> and found the landing page for Privacy Guardian.

9.      I reviewed the procedures published on <privacyguardian.org> to (1) contact the domain owner and (2) report abuse.

10.     On November 12, 2021, Privacy Guardian's homepage expressly stated the following text: "The only way to contact the domain owner is to use the form on this page." A "Contact the Domain Owner" form was easily located on the same webpage.

11.     A true and correct copy of the above referenced reporting instructions located at <privacyguardan.org> as of November 12, 2021 is attached to as **Exhibit 1**.

12.     On that same date, I submitted a request to contact the Domain Owner via the "Contact the Domain Owner" form and provided:

   a.   Domain Name: <190getir.com>

   b.   Contacts: Registrant

    c.   Your Name: Lynsey A. Schumacher

    d.   Your Email: [Lynsey.Schuamcher@getir.com](mailto:Lynsey.Schuamcher@getir.com); and

    e.   A subject and email message identifying myself as legal counsel for Getir US, Inc. and asserted my belief that <190getir.com> is infringing on Getir's trademarks. I requested immediate action to remove any infringing content from the domain.

13.    I have not received any response from my attempt to contact the Registrant.

14.    A true and correct copy of the WHOIS information for <190getir.com> is attached as **Exhibit 2**.

15.    Since the registrar is NameSilo, LLC, I attempted to contact NameSilo to send notice regarding <getir190.com>'s violations.

16.    A true and correct copy of the letter I sent to NameSilo on November 14, 2021 is attached as **Exhibit 3**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of November 2021 in ___Chicago___, Illinois.

_____
Lynsey Schumacher