# EXHIBIT 1

# PRIVACYGuardian.org - Buy your domain anonymously.



## What is PrivacyGuardian?

Purchasing domain names requires that certain data be made publicly available through a service called WHOIS. Furthermore, it is required that this information be kept up-to-date and accurate. Unfortunately, WHOIS has become a prime source for collecting personal information resulting in identity theft, SPAM and other unsolicited outreach.

We guard our customers by allowing their details to remain private while still complying with domain registration rules.

**DO NOT SEND US POSTAL MAIL OR EMAIL!**
All mail addressed to our PO Box or our email address will be discarded without looking at it.
The only way to contact the domain owner is to use the form on this page.

## Frequently Asked Questions

**How can I contact the owner of a domain that PrivacyGuardian is listed as the registrant, or some other role?**
The only way to contact a domain owner utilizing our service is to use the form on this page.

**A domain referencing PrivacyGuardian's information is involved is SPAM or some illegal activity. What role do you play and how can I report the domain?**
We do our best to ensure that our service is not utilized to hide the identity of people partaking in any of these activities. To report an infringing domain, please use the "Report Abuse" form on this page and, if we determine your complaint has merit, we will release the domain owner's information to you. If you have a copyright/trademark dispute, you should direct your complaint to the respective web site host for the domain.

**How can I become a PrivacyGuardian customer?**
The only way to utilize our service is through participating registrars. We do not offer our services directly to domain owners, and there are no fees associated with PrivacyGuardian.

**What happens if I need to transfer my domain name?**
In order to transfer your domain to a different registrar, the administrative contact for the domain must approve a transfer request from the gaining registrar. That registrar will not be able determine the real administrative contact while your domain is set as private. Therefore, you must remove the privacy setting through your registrar prior to beginning the transfer process.

## Contact the Domain Owner

PrivacyGuardian does not own any domains. The only way to contact the owner of a domain listing our name in WHOIS is via the form below. All postal mail or email addressed to PrivacyGuardian will be discarded. Use the "Report Abuse" form to the right for reporting SPAM/illegal activity. It is entirely at the discretion of the domain Registrant to determine if they will reply to you or not.

**Domain Name:**

**Contacts:**
☑ Registrant
☐ Administrative
☐ Technical
☐ Billing

**Your Name:**

**Your Email:**

**Email Subject:**

**Email Message:**

Verify your submission by typing these characters

[CAPTCHA: ATCHK]

Submit this Form

## Report Abuse

If a domain utilizing our service has engaged in SPAM or some other illegal activity, please provide evidence of such behavior below. If you have a **copyright/trademark dispute**, you should direct your complaint to the respective web site host for the domain. We are solely a privacy service, and, as such we have no control over the storage or distribution of any allegedly infringing materials.

**Domain Name:**

**Abuse Details:**
Include email headers/body for SPAM complaints

**Your Name:**

**Your Email:**

Verify your submission by typing these characters

[CAPTCHA: BEXZ]

Submit this Form

8825 N. 23rd Ave Suite 100 Phoenix, Arizona 85021 USA