# **EXHIBIT 2**



| | Enter Domain or IP | WHOIS |

DOMAINS   WEBSITE   CLOUD   HOSTING   SERVERS   EMAIL   SECURITY   WHOIS   SUPPORT   LOGIN   0

# 190getir.com

Updated 3 hours ago

**Interested in similar domains?**

| 190gotir.com | Buy Now |
| 190thinkir.com | Buy Now |
| 190getirgaming.com | Buy Now |
| 190findir.com | Buy Now |
| 190gotir.net | Buy Now |
| 190thinkir.net | Buy Now |

## Domain Information

| Domain: | 190getir.com |
| Registrar: | NameSilo, LLC |
| Registered On: | 2021-11-12 |
| Expires On: | 2022-11-12 |
| Updated On: | 2021-11-12 |
| Status: | clientTransferProhibited |
| Name Servers: | ns1.google.com<br>ns2.google.com |

## Registrant Contact

| Name: | Domain Administrator |
| Organization: | See PrivacyGuardian.org |
| Street: | 1928 E. Highland Ave. Ste F104 PMB# 255 |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85016 |
| Country: | US |
| Phone: | +1.3478717726 |
| Email: | pw-5ae7988712e9de3984621dbb362f922c@privacyguardian.org |

## Administrative Contact

| Name: | Domain Administrator |
| Organization: | See PrivacyGuardian.org |
| Street: | 1928 E. Highland Ave. Ste F104 PMB# 255 |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85016 |
| Country: | US |
| Phone: | +1.3478717726 |
| Email: | pw-5ae7988712e9de3984621dbb362f922c@privacyguardian.org |



.space
$24.88   $0.88

**BUY NOW**

*Offer ends 30th November 2021

**On Sale!**

.blog

.BLOG @ $7.88   $29.88



| Technical Contact | |
|---|---|
| Name: | Domain Administrator |
| Organization: | See PrivacyGuardian.org |
| Street: | 1928 E. Highland Ave. Ste F104 PMB# 255 |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85016 |
| Country: | US |
| Phone: | +1.3478717726 |
| Email: | pw-5ae7988712e9de3904621dbb362f922c@privacyguardian.org |

### Raw Whois Data

```
Domain Name: 190getir.com
Registry Domain ID: 2654442880_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namesilo.com
Registrar URL: https://www.namesilo.com/
Updated Date: 2021-11-13T07:00:00Z
Creation Date: 2021-11-12T07:00:00Z
Registrar Registration Expiration Date: 2022-11-12T07:00:00Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: @namesilo.com
Registrar Abuse Contact Phone: +1.4805240066
Reseller: Flaunt7
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferPro
Registry Registrant ID:
Registrant Name: Domain Administrator
Registrant Organization: See PrivacyGuardian.org
Registrant Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Registrant City: Phoenix
Registrant State/Province: AZ
Registrant Postal Code: 85016
Registrant Country: US
Registrant Phone: +1.3478717726
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: pw-5ae7988712e9de3904621dbb362f922c@privacyguardian.org
Registry Admin ID:
Admin Name: Domain Administrator
Admin Organization: See PrivacyGuardian.org
Admin Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Admin City: Phoenix
Admin State/Province: AZ
Admin Postal Code: 85016
Admin Country: US
Admin Phone: +1.3478717726
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: pw-5ae7988712e9de3904621dbb362f922c@privacyguardian.org
Registry Tech ID:
Tech Name: Domain Administrator
Tech Organization: See PrivacyGuardian.org
Tech Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Tech City: Phoenix
Tech State/Province: AZ
Tech Postal Code: 85016
Tech Country: US
Tech Phone: +1.3478717726
Tech Phone Ext:
Tech Fax:
```

```
Tech Fax Ext:
Tech Email: pw-5ae7988712e9de3904621dbb362f922c@privacyguardian.org
Name Server: NS1.GOOGLE.COM
Name Server: NS2.GOOGLE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2021-11-14T07:00:00Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes. The
Data in our WHOIS database is provided for information purposes only, and to
assist persons in obtaining information about or related to a domain name
registration record. We do not guarantee its accuracy. By submitting a WHOIS
query, you agree to abide by the following terms of use: You agree that you may
use this Data only for lawful purposes and that under no circumstances will you
use this Data to: (1) allow, enable, or otherwise support the transmission of
mass unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes that
apply to us (or our computer systems). The compilation, repackaging,
dissemination or other use of this Data is expressly prohibited without our
prior written consent. We reserve the right to terminate your access to the
WHOIS database at our sole discretion, including without limitation, for
excessive querying of the WHOIS database or for failure to otherwise abide by
this policy. We reserve the right to modify these terms at any time.
```

## related domain names

namesilo.com     icann.org     google.com     privacyguardian.org     internic.net



Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

[ Login ]   or   [ Create an Account ]

Follow Us

### Domains
Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

### Hosting & Products
Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
Google Workspace
SSL Certificates
Sitelock
CodeGuard

### Infrastructure
Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

### Support
View Knowledge Base
Contact Support
Report Abuse
About Whois

Copyright © Whois.com. All rights reserved | Legal Agreement | Privacy Policy