# EXHIBIT 3



GETIR US Inc.    251 Little Falls Drive, Wilmington, Delaware, 19808

November 5, 2021

NameSilo, LLC
8825 N. 23rd Ave Suite 100
Phoenix, Arizona 85021
abuse@namesilo.com, support@namesilo.com

**VIA EMAIL: abuse@namesilo.com, support@namesilo.com**

RE:    ACPA VIOLATION - DCMA TAKEDOWN NOTICE - URGENT & CONFIDENTIAL – IMMEDIATE ACTION REQUIRED

To Whom It May Concern:

I serve as legal counsel for Getir US, Inc. ("Getir"). The domain name <190getir.com> (the "Infringing Webpage") appears to be infringing on Getir's trademarks and violating the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. 1125(d).  Getir intends to take legal action under Section 1125(d) against the domain name in light of <190getir.com>'s actions.

The original material is available at the following location: www.getir.com and is also evidenced by the trademark registrations attached to this email as "Annex 1". The infringing material includes, but is not limited to, as follows:



- Use of the lawfully protected images:
- Use of the wordmark: "Getir"

This letter shall service as Getir's official notification to you under Section 512(c) of the Digital Millennium Copyright Act of 1998 ("DMCA"). I request the immediate removal of the aforementioned infringing material from your servers. I also request that you immediately notify the infringer of this notice and inform them to cease any further posting of the infringing material to your server in the future.

I am providing this notice in good faith and with the reasonable belief that the use of the described Infringing Webpage and material contained thereon in the manner complained is not authorized by myself, Getir, or the law. I swear, under penalty of perjury, that the information in this letter is accurate and that I acting as an authorized representative for the owner of the copyrighted material involved.

**Getir is requesting that you take action to remove the infringing content and provide the contact and identifying information for the true registrant.** If you have any questions, please contact our Chief Legal Officer at Selin.barlin@getir.com with a curtesy copy of the same to lynsey.schumacher@getir.com and anna.cosgrave@getir.com.

Sincerely,

Lynsey A. Schumacher, Esq.

Arama kriterleri: Başvuru sahibi adı: GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETİR PERAKENDE LOJİSTİK,ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETIR PERAKENDE LOJISTIK ANONIM SIRKET

Dışa aktarıldı: 05/11/2021



Başvuru numarası: 018455963

Marka ofisi: **EM**

Marka durumu: **Registered**

Ürünler ve Hizmetler: **9, 35, 39, 42**

Başvuru sahibinin adı: **GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ**

Başvuru tarihi: **19-04-2021**

EUIPO Son güncelleme tarihi: 05/11/2021



Başvuru numarası: UK00003637604

Marka ofisi: **GB**

Marka durumu: **Registered**

Ürünler ve Hizmetler: **39**

Başvuru sahibinin adı: **GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ**

Başvuru tarihi: **06-05-2021**

United Kingdom Son güncelleme tarihi: 05/11/2021

**getir**

Başvuru numarası: 1413393

Marka ofisi: **WO**

Marka durumu: **Registered**

Ürünler ve Hizmetler: **35, 39, 42**

Başvuru sahibinin adı: **GETİR PERAKENDE LOJİSTİK,ANONİM ŞİRKETİ**

Başvuru tarihi: **16-02-2018**

WIPO Son güncelleme tarihi: 05/11/2021

**GETIR**

Arama kriterleri: Başvuru sahibi adı: GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETİR PERAKENDE LOJİSTİK,ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETIR PERAKENDE LOJISTIK ANONIM SIRKET

| | | |
|---|---|---|
| | Başvuru numarası: 36753836<br>Marka ofisi: CN<br>Marka durumu: Registered<br>Ürünler ve Hizmetler: 35<br>Başvuru sahibinin adı: GETİR PERAKENDE LOJİSTİK ANONİM SIRKETI | Başvuru tarihi: 11-03-2019 |
| China Son güncelleme tarihi: 31/10/2021 | | |
| getir | **getir**<br>Başvuru numarası: 2015-28811<br>Marka ofisi: TR<br>Marka durumu: Registered<br>Ürünler ve Hizmetler: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45<br>Başvuru sahibinin adı: GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ | Başvuru tarihi: 03-04-2015 |
| Turkey Son güncelleme tarihi: 05/11/2021 | | |
|  | **getir**<br>Başvuru numarası: UK00801413393<br>Marka ofisi: GB<br>Marka durumu: Registered<br>Ürünler ve Hizmetler: 35, 39, 42<br>Başvuru sahibinin adı: GETİR PERAKENDE | Başvuru tarihi: 16-02-2018 |
| United Kingdom Son güncelleme tarihi: 05/11/2021 | | |


Case 1:21-cv-01237-RDA-TCB   Document 24-3   Filed 11/15/21   Page 5 of 16 PageID# 304

Dışa aktarıldı: 05/11/2021

Arama kriterleri: Başvuru sahibi adı: GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETİR PERAKENDE LOJİSTIK,ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETIR PERAKENDE LOJISTIK ANONIM SIRKET

LOJİSTİK ANONİM ŞİRKETİ

| | | |
|---|---|---|
| Brazil Son güncelleme tarihi: 03/11/2021 | **getir**<br>Başvuru numarası: 501577252<br>Marka ofisi: **BR**<br>Marka durumu: **Ended**<br>Ürünler ve Hizmetler: **35, 39, 42**<br>Başvuru sahibinin adı: **GETİR PERAKENDE LOJISTIK ANONIM SIRKETI** | Başvuru tarihi: **26-06-2020** |
| WIPO Son güncelleme tarihi: 05/11/2021 | **getir**<br>Başvuru numarası: 1577252<br>Marka ofisi: **WO**<br>Marka durumu: **Registered**<br>Ürünler ve Hizmetler: **35, 39, 42**<br>Başvuru sahibinin adı: **GETİR PERAKENDE LOJİSTİK,ANONİM ŞİRKETİ** | Başvuru tarihi: **26-06-2020** |
| United Kingdom Son güncelleme tarihi: 05/11/2021 | **GETIR**<br>Başvuru numarası: UK00003643951<br>Marka ofisi: **GB**<br>Marka durumu: **Registered**<br>Ürünler ve Hizmetler: **9, 35, 39, 42** | Başvuru tarihi: **19-05-2021** |

Arama kriterleri: Başvuru sahibi adı: GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETİR PERAKENDE LOJİSTİK,ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETIR PERAKENDE LOJISTIK ANONIM SIRKET

| | | |
|---|---|---|
| | Başvuru sahibinin adı: **GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ** | |
| Benelux Son güncelleme tarihi: 05/11/2021 | **GETIR BOODSCHAPPEN BINNEN MINUTEN** <br> Başvuru numarası: 1442362 <br> Marka ofisi: **BX** <br> Marka durumu: **Filed** <br> Ürünler ve Hizmetler: **9, 35, 39, 42** <br> Başvuru sahibinin adı: **GETIR PERAKENDE LOJISTIK ANONIM SIRKET** | Başvuru tarihi: **07-05-2021** |
| EUIPO Son güncelleme tarihi: 05/11/2021 | **GETIR BOODSCHAPPEN BINNEN MINUTEN** <br> Başvuru numarası: 018561468 <br> Marka ofisi: **EM** <br> Marka durumu: **Filed** <br> Ürünler ve Hizmetler: **9, 35, 39, 42** <br> Başvuru sahibinin adı: **GETİR PERAKENDE LOJİSTİK ANONIM SIRKETI** | Başvuru tarihi: **17-09-2021** |
| Portugal Son güncelleme tarihi: 05/11/2021 | **GETIR COMPRAS EM MINUTOS** <br> Başvuru numarası: 674720 <br> Marka ofisi: **PT** | Başvuru tarihi: **22-10-2021** |

Arama kriterleri: Başvuru sahibi adı: GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETİR PERAKENDE LOJİSTİK,ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETIR PERAKENDE LOJISTIK ANONIM SIRKET

| | | |
|---|---|---|
| | Marka durumu: **Filed** <br> Ürünler ve Hizmetler: **9, 35, 39, 42** <br> Başvuru sahibinin adı: **GETIR PERAKENDE LOJISTIK ANONIM SIRKETI** | |
|  <br> United Kingdom Son güncelleme tarihi: 05/11/2021 | **getir groceries in minutes** <br> Başvuru numarası: **UK00003579996** <br> Marka ofisi: **GB** <br> Marka durumu: **Registered** <br> Ürünler ve Hizmetler: **9, 35, 39, 42** <br> Başvuru sahibinin adı: **GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ** | Başvuru tarihi: **15-01-2021** |
|  <br> EUIPO Son güncelleme tarihi: 05/11/2021 | **getir groceries in minutes** <br> Başvuru numarası: **018383906** <br> Marka ofisi: **EM** <br> Marka durumu: **Registered** <br> Ürünler ve Hizmetler: **9, 35, 39, 42** <br> Başvuru sahibinin adı: **GETIR PERAKENDE LOJISTIK ANONIM SIRKETI** | Başvuru tarihi: **28-01-2021** |
| <br> EUIPO Son güncelleme tarihi: 05/11/2021 | **getir groceries in minutes** <br> Başvuru numarası: **018455919** <br> Marka ofisi: **EM** | Başvuru tarihi: **19-04-2021** |

Arama kriterleri: Başvuru sahibi adı: GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETİR PERAKENDE LOJİSTİK,ANONİM ŞİRKETİ,  GETİR PERAKENDE LOJISTIK ANONIM SIRKETI, GETIR PERAKENDE LOJISTIK ANONIM SIRKET

Marka durumu: **Registered**
Ürünler ve Hizmetler: **9, 35, 39, 42**
Başvuru sahibinin adı: **GETİR PERAKENDE LOJISTIK ANONIM SIRKETI**

---

**getir groceries in minutes**
Başvuru numarası: UK00003669776
Marka ofisi: **GB**
Marka durumu: **Filed**
Ürünler ve Hizmetler: **9, 35, 39, 42**
Başvuru sahibinin adı: **GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ**
Başvuru tarihi: **16-07-2021**

United Kingdom Son güncelleme tarihi: 05/11/2021

---

**getir groceries in minutes**
Başvuru numarası: UK00003637099
Marka ofisi: **GB**
Marka durumu: **Registered**
Ürünler ve Hizmetler: **9, 35, 39, 42**
Başvuru sahibinin adı: **GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ**
Başvuru tarihi: **05-05-2021**

United Kingdom Son güncelleme tarihi: 05/11/2021

---

**getir hizi**
Başvuru numarası: 2019-99358
Marka ofisi: **TR**
Başvuru tarihi: **15-10-2019**

Arama kriterleri: Başvuru sahibi adı: GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETİR PERAKENDE LOJİSTİK,ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETIR PERAKENDE LOJISTIK ANONIM SIRKET

| | | |
|---|---|---|
| Turkey Son güncelleme tarihi: 05/11/2021 | Marka durumu: **Filed**<br>Ürünler ve Hizmetler: **35, 39, 42**<br>Başvuru sahibinin adı: **GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ** | |
| Germany Son güncelleme tarihi: 05/11/2021 | **getir lebensmittel in minuten**<br>Başvuru numarası: 3020211072405<br>Marka ofisi: **DE**<br>Marka durumu: **Registered**<br>Ürünler ve Hizmetler: **9, 35, 39, 42**<br>Başvuru sahibinin adı: **GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ** | Başvuru tarihi: **23-04-2021** |
| getir M<br>Turkey Son güncelleme tarihi: 05/11/2021 | **getir m**<br>Başvuru numarası: 2019-47932<br>Marka ofisi: **TR**<br>Marka durumu: **Ended**<br>Ürünler ve Hizmetler: **35, 39, 43**<br>Başvuru sahibinin adı: **GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ** | Başvuru tarihi: **13-05-2019** |
| getir vos courses en quelques minutes<br>France Son güncelleme tarihi: 05/11/2021 | **getir vos courses en quelques minutes**<br>Başvuru numarası: 4761369 | Başvuru tarihi: **29-04-2021** |

Arama kriterleri: Başvuru sahibi adı: GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETİR PERAKENDE LOJİSTİK,ANONİM ŞİRKETİ,  GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETIR PERAKENDE LOJISTIK ANONIM SIRKET

Marka ofisi: **FR**
Marka durumu: **Registered**
Ürünler ve Hizmetler: **9, 35, 39, 42**
Başvuru sahibinin adı: **GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ** Société organisée selon les lois de Turquie

**getir you've got it**
Başvuru numarası: 018584023
Marka ofisi: **EM**
Marka durumu: **Filed**
Ürünler ve Hizmetler: **9, 35, 39, 42**
Başvuru sahibinin adı: **GETIR PERAKENDE LOJISTIK ANONIM SIRKETI**

Başvuru tarihi: **21-10-2021**

EUIPO Son güncelleme tarihi: 05/11/2021



**getir you've got it**
Başvuru numarası: 018567700
Marka ofisi: **EM**
Marka durumu: **Filed**
Ürünler ve Hizmetler: **9, 35, 39, 42**
Başvuru sahibinin adı: **GETIR PERAKENDE LOJISTIK ANONIM SIRKETI**

Başvuru tarihi: **29-09-2021**

EUIPO Son güncelleme tarihi: 05/11/2021

**getir you've got it**



Arama kriterleri: Başvuru sahibi adı: GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETİR PERAKENDE LOJİSTİK,ANONİM ŞİRKETİ,  GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETIR PERAKENDE LOJISTIK ANONIM SIRKET

Dışa aktarıldı: 05/11/2021

| | | |
|---|---|---|
| United Kingdom Son güncelleme tarihi: 05/11/2021 | Başvuru numarası: UK00003698925<br>Marka ofisi: GB<br>Marka durumu: Filed<br>Ürünler ve Hizmetler: 9, 35, 39, 42<br>Başvuru sahibinin adı: GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ | Başvuru tarihi: 22-09-2021 |
| United States Son güncelleme tarihi: 05/11/2021 | **GETIR YOU'VE GOT IT**<br>Başvuru numarası: 97037852<br>Marka ofisi: US<br>Marka durumu: Filed<br>Ürünler ve Hizmetler: 9, 35, 39, 42<br>Başvuru sahibinin adı: GETIR PERAKENDE LOJISTIK ANONIM SIRKETI | Başvuru tarihi: 21-09-2021 |
| United States Son güncelleme tarihi: 05/11/2021 | **GROCERIES IN MINUTES**<br>Başvuru numarası: 90684150<br>Marka ofisi: US<br>Marka durumu: Filed<br>Ürünler ve Hizmetler: 9, 35, 39, 42<br>Başvuru sahibinin adı: GETIR PERAKENDE LOJISTIK ANONIM SIRKETI | Başvuru tarihi: 30-04-2021 |
| | **GSTORE** | |

TMview

Case 1:21-cv-01237-RDA-TCB   Document 24-3   Filed 11/15/21   Page 12 of 16 PageID# 311

Dışa aktarıldı: 05/11/2021

Arama kriterleri: Başvuru sahibi adı: GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETİR PERAKENDE LOJİSTİK,ANONİM ŞİRKETİ,  GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETIR PERAKENDE LOJISTIK ANONIM SIRKET

| | | |
|---|---|---|
| United States Son güncelleme tarihi: 05/11/2021 | Başvuru numarası: 97084063<br>Marka ofisi: US<br>Marka durumu: Filed<br>Ürünler ve Hizmetler: 35<br>Başvuru sahibinin adı: GETIR PERAKENDE LOJISTIK ANONIM SIRKETI | Başvuru tarihi: 20-10-2021 |
| gstore<br><br>EUIPO Son güncelleme tarihi: 05/11/2021 | **gstore**<br>Başvuru numarası: 018584151<br>Marka ofisi: EM<br>Marka durumu: Filed<br>Ürünler ve Hizmetler: 35, 39<br>Başvuru sahibinin adı: GETIR PERAKENDE LOJISTIK ANONIM SIRKETI | Başvuru tarihi: 22-10-2021 |
| EUIPO Son güncelleme tarihi: 05/11/2021 | **Kuzeyden**<br>Başvuru numarası: 018488154<br>Marka ofisi: EM<br>Marka durumu: Registered<br>Ürünler ve Hizmetler: 30, 32, 33, 35<br>Başvuru sahibinin adı: GETIR PERAKENDE LOJISTIK ANONIM SIRKETI | Başvuru tarihi: 09-06-2021 |
| | **Kuzeyden** | |

Arama kriterleri: Başvuru sahibi adı: GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETİR PERAKENDE LOJİSTİK,ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETIR PERAKENDE LOJISTIK ANONIM SIRKET

| | | |
|---|---|---|
| EUIPO Son güncelleme tarihi: 05/11/2021 | Başvuru numarası: 018488158<br>Marka ofisi: EM<br>Marka durumu: Registered<br>Ürünler ve Hizmetler: 30, 32, 33, 35<br>Başvuru sahibinin adı: GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ | Başvuru tarihi: 09-06-2021 |
| United Kingdom Son güncelleme tarihi: 05/11/2021 | **KUZEYDEN**<br>Başvuru numarası: UK00003654052<br>Marka ofisi: GB<br>Marka durumu: Registered<br>Ürünler ve Hizmetler: 30, 32, 33, 35<br>Başvuru sahibinin adı: GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ | Başvuru tarihi: 10-06-2021 |
| United Kingdom Son güncelleme tarihi: 05/11/2021 | **Kuzeyden**<br>Başvuru numarası: UK00003654053<br>Marka ofisi: GB<br>Marka durumu: Registered<br>Ürünler ve Hizmetler: 30, 32, 33, 35<br>Başvuru sahibinin adı: GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ | Başvuru tarihi: 10-06-2021 |
| | Movus Logistics | |



Arama kriterleri: Başvuru sahibi adı: GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETİR PERAKENDE LOJİSTİK,ANONİM ŞİRKETİ, GETİR PERAKENDE LOJISTIK ANONIM SIRKETI, GETIR PERAKENDE LOJISTIK ANONIM SIRKET    Dışa aktarıldı: 05/11/2021

|  |  |  |
|---|---|---|
|  | Başvuru numarası: 018485225<br>Marka ofisi: EM<br>Marka durumu: **Registered**<br>Ürünler ve Hizmetler: 9, 39, 42<br>Başvuru sahibinin adı: **GETIR PERAKENDE LOJISTIK ANONIM SIRKETI** | Başvuru tarihi: **04-06-2021** |
| EUIPO Son güncelleme tarihi: 05/11/2021 | | |
| ![MOVUS Logistics] | **MOVUS Logistics**<br>Başvuru numarası: 018517178<br>Marka ofisi: EM<br>Marka durumu: **Filed**<br>Ürünler ve Hizmetler: 9, 39, 42<br>Başvuru sahibinin adı: **GETIR PERAKENDE LOJISTIK ANONIM SIRKETI** | Başvuru tarihi: **19-07-2021** |
| EUIPO Son güncelleme tarihi: 05/11/2021 | | |
|  | **MOVUS LOGISTICS**<br>Başvuru numarası: UK00003653472<br>Marka ofisi: **GB**<br>Marka durumu: **Filed**<br>Ürünler ve Hizmetler: 35, 39<br>Başvuru sahibinin adı: **GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ** | Başvuru tarihi: **09-06-2021** |
| United Kingdom Son güncelleme tarihi: 05/11/2021 | | |
|  | **YOU'VE GOT IT** | |

TMview

Case 1:21-cv-01237-RDA-TCB   Document 24-3   Filed 11/15/21   Page 15 of 16 PageID# 314

Dışa aktarıldı: 05/11/2021

Arama kriterleri: Başvuru sahibi adı: GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETİR PERAKENDE LOJİSTİK,ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETIR PERAKENDE LOJISTIK ANONIM SIRKET

| | | | |
|---|---|---|---|
| | | Başvuru numarası: UK00003706414<br>Marka ofisi: **GB**<br>Marka durumu: **Filed**<br>Ürünler ve Hizmetler: **9, 35, 39, 42**<br>Başvuru sahibinin adı: **GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ** | Başvuru tarihi: **04-10-2021** |
| United Kingdom Son güncelleme tarihi: 05/11/2021 | | | |
| | you've got it | **you've got it**<br>Başvuru numarası: 018567696<br>Marka ofisi: **EM**<br>Marka durumu: **Filed**<br>Ürünler ve Hizmetler: **9, 35, 39, 42**<br>Başvuru sahibinin adı: **GETİR PERAKENDE LOJISTIK ANONIM SIRKETI** | Başvuru tarihi: **29-09-2021** |
| EUIPO Son güncelleme tarihi: 05/11/2021 | | | |
| | you've got it | **you've got it**<br>Başvuru numarası: UK00003698935<br>Marka ofisi: **GB**<br>Marka durumu: **Filed**<br>Ürünler ve Hizmetler: **9, 35, 39, 42**<br>Başvuru sahibinin adı: **GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ** | Başvuru tarihi: **22-09-2021** |
| United Kingdom Son güncelleme tarihi: 05/11/2021 | | | |
| | you've got it | **YOU'VE GOT IT** | |



Dışa aktarıldı: 05/11/2021

Arama kriterleri: Başvuru sahibi adı: GETİR PERAKENDE LOJİSTİK ANONİM ŞİRKETİ, GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETİR PERAKENDE LOJİSTİK,ANONİM ŞİRKETİ,  GETIR PERAKENDE LOJISTIK ANONIM SIRKETI, GETIR PERAKENDE LOJISTIK ANONIM SIRKET

| | | | |
|---|---|---|---|
| | | Başvuru numarası: 97037857 | Başvuru tarihi: 21-09-2021 |
| | | Marka ofisi: US | |
| | | Marka durumu: Filed | |
| | | Ürünler ve Hizmetler: 9, 35, 39, 42 | |
| United States Son güncelleme tarihi: 05/11/2021 | | Başvuru sahibinin adı: GETIR PERAKENDE LOJISTIK ANONIM SIRKETI | |
| | YOU'VE GOT IT | **YOU'VE GOT IT** | |
| | | Başvuru numarası: 97039217 | Başvuru tarihi: 22-09-2021 |
| | | Marka ofisi: US | |
| | | Marka durumu: Filed | |
| | | Ürünler ve Hizmetler: 9, 35, 39, 42 | |
| United States Son güncelleme tarihi: 05/11/2021 | | Başvuru sahibinin adı: GETIR PERAKENDE LOJISTIK ANONIM SIRKETI | |