# EXHIBIT 1



## getir190

### GETIR190 IS UNDER ATTACK!

Getir has successfully removed our content detailing their crimes against delivery drivers and the general public. The company is trying to hide its corporate crimes by "disappearing" us, Getir victims, from public view. Getir190.com has been deplatformed after our server was bombarded by DDoS attacks from Getir thugs. We've been taken down for "defamatory content." In order to claim defamation, Getir must first claim that we have LIED – and in this capitalist dystopia so-called "lying" about a company is considered a more serious "violation of terms of service" than Getir hiding the bodies of REAL PEOPLE from the public.  These 190 casualties were more than Getir delivery drivers, more than just "workers" in the so-called "gig economy." They were PEOPLE and they will NOT be buried by glossy adverts and catchy West End wannabe jingles for the sake of corporate colonization across the globe!

- 😡 We were abused on the job and then fired for demanding better conditions!
- 😡 We put up stickers to try to wake up the public. They were taken down!
- 😡 Our website was attacked, hacked, and finally taken down!
- 😡 Our video evidence to show Getir's death toll was taken down!
- 😡 We will NOT be taken down! We will rise up to get the justice we deserve!!
- 🙏 Please be patient with us while we work to bring our campaign back online: We don't intend to let the bastards keep us down.

## getir190

### GETIR190 SALDIRI ALTINDA! "HIZLI GETIR" DEDIKLERI IÇIN YOLLARDA KATLEDILDEN TESLIMAT SÜRÜCÜLERINE KARŞI IŞLENEN SUÇLARI AÇIKLAYAN WEBSITEMIZ, GETIR TARAFINDAN KALDIRILDI.

Bizi susturarak işledikleri suçları saklamaya çalışıyorlar. İzin vermeyeceğiz! Hiçe saydıkları hayatlarımızın değerini hatırlatacağız Getir'e. Onlar susturmaya çalıştıkça biz daha yüksek sesle bağıracağız. Daha çok para kazansınlar diye yitip giden gencecik hayatların, evlatlarını yitiren ailelerin, yetim kalan çocukların seslerini duyuracağız.

- 😡 Süistimal edildik ve daha iyi şartlar talep ettiğimiz için kovulduk!
- 😡 Farkındalık yaratmak için çıkartmalar yapıştırdık. Kaldırdılar!
- 😡 Web sitemiz saldırıya uğradı, hacklendi ve sonunda erişime engellendi!
- 😡 Getir'in ölü sayısını gösteren videomuz kaldırıldı!
- 😡 Hak ettiğimiz adaleti sağlamak için çalışmaya devam edeceğiz!
- 🙏 Kampanyamızı tekrar çevrimiçi hale getirmek için çalışırken lütfen sabırlı olun, çünkü biz susmayacağız!