**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| GETIR US, INC., <br><br> and <br><br> GETIR PERAKENDE LOJISTIK A.S., <br><br>              Plaintiffs, <br>   v. <br><br> JOHN DOE <br><br> and <br><br> getir190.com, a domain name <br><br> and <br><br> 190getir.com, a domain name, <br><br>              Defendants. | Civil Action No. 1:21-cv-1237 (RDA/TCB) |

**PLAINTIFFS' MOTION TO SEAL**

Plaintiffs Getir US, Inc. and Getir Perakende Lojistik A.S. (collectively "Getir"), by and through undersigned counsel, and under Local Rule 5(C), requests leave to file under seal unredacted copies of: (1) Getir's Amended Complaint (Dkt. 21); and (2) Exhibit A to Getir's Memorandum in Support of its November 15, 2021 Emergency Ex Parte Motion for Temporary Restraining Order (Dkt. 23-1). The grounds for this Motion are set forth in the accompanying memorandum.

Dated: November 15, 2021          VENABLE LLP

/s/
Nicholas M. DePalma (VSB No. 72886)
Kevin W. Weigand (VSB No. 81073)
8010 Towers Crescent Drive, Ste 300
Tysons Corner, VA 22182
Tel: 703-905-1449
Fax: 703-821-8949
nmdepalma@venable.com
kwweigand@venable.com

Roger A. Colaizzi (VSB No. 32651)
600 Massachusetts Avenue, NW
Washington, D.C. 20001
Tel: 202-344-8051
rcolaizzi@venable.com

*Counsel for Plaintiffs*