```
Court Name: United States District Court
Division: 1
Receipt Number: 14683092721
Cashier ID: nlopez
Transaction Date: 11/22/2021
Payer Name: GETIR US, INC

TREASURY REGISTRY
 For: GETIR US, INC
 Case/Party: D-VAE-1-21-CV-001237-001
 Amount:         $500.00

CHECK
 Remitter: PNC BANK
 Check/Money Order Num: 526683
 Amt Tendered:   $500.00

Total Due:          $500.00
Total Tendered:     $500.00
Change Amt:           $0.00

GETIR US, INC
21cv1237
TRO BOND
```